# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CHAMBERS OF
STEPHEN C. DRIES
UNITED STATES MAGISTRATE JUDGE

517 EAST WISCONSIN AVENUE
MILWAUKEE, WISCONSIN 53202
414-290-2261

September 26, 2025

Alexander Sterling
The Previant Law Firm SC
310 W Wisconsin Ave - Ste 100
MW
Milwaukee, WI 53203

Todd A Miller
Allocco Miller and Cahill PC
20 N Wacker Dr - Ste 3517
Chicago, IL 60606

Re:     _Plumbers and Steamfitters Local 118 Pension Fund et al v. Mechanical Masters Inc_
        Case No. 25-CV-744-SCD

Dear Counsel:

The above-entitled action has been assigned to this court for all further proceedings. The court will conduct a telephonic Rule 16 scheduling conference on **October 30, 2025**, at **9:30 a.m.** The parties shall call the court's Zoom conference line at **669-254-5252** and use meeting ID: **161 4125 0515** and passcode: **414014** to join the call.

Each party shall follow the procedures set forth in Rule 26 of the Federal Rules of Civil Procedure. In order to assist me in conducting the Rule 16 conference, your Rule 26(f) report to the court should contain the following information:

1. A brief description of the nature of the case, including a statement regarding the basis of subject matter jurisdiction.

2. Whether the parties contemplate amending the pleadings, by joining parties or for other reasons, and the deadline for any such amendment.

3. Any motions which are contemplated at this time.

4. Such other matters as may affect the scheduling of this case for final disposition.

Your Rule 26(f) report shall be electronically filed with the court no later than **October 23, 2025**. The parties should advise the court in their Rule 26(f) report as to the names of the attorneys who plan to participate in the conference.

Very truly yours,

STEPHEN C. DRIES
United States Magistrate Judge