## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

PLUMBERS AND STEAMFITTERS
LOCAL 118 PENSION FUND, et al.,

                              Plaintiffs,      Case No. 25-CV-744

    v.

                              **MINUTE SHEET**

MECHANICAL MASTERS, INC.,

                              Defendant.

| | |
|---|---|
| **Hon. Stephen C. Dries, presiding.** | **Deputy Clerk:** Katina Hubacz |
| **Type of Proceeding:** RULE 16 TELEPHONIC SCHEDULING CONFERENCE | |
| **Date:** October 30, 2025 at 9:30 a.m. | **Court Reporter:** Zoom Audio |
| **Time Commenced:** 9:30 AM | **Time Concluded:** 9:32 AM |

**Appearances:**    **Plaintiff:**    Alexander Sterling
                            **Defendant:**  Todd A. Miller

**Comments:**

Rule 26(a)(1) Initial Disclosures due by: **December 19, 2025**

Discovery Deadline: **May 8, 2026**

Dispositive Motions due by: **May 12, 2026**