UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**PLUMBERS AND STEAMFITTERS
LOCAL 118 PENSION FUND, et al.**

    Plaintiffs,

  v.                                                 Case No. 25-CV-744

**MECHANICAL MASTERS, INC.,**

    Defendant.

## SCHEDULING ORDER

On October 30, 2025, the Court conducted a scheduling conference in accordance with Fed. R. Civ. P. 16. Appearing on behalf of the plaintiff was Attorney Alexander Sterling; appearing on behalf of the defendant was Attorney Todd A. Miller.

**NOW, THEREFORE, IT IS HEREBY ORDERED**:

1. The parties shall exchange their initial disclosures in accordance with Fed. R. Civ. P. 26(a) no later than **December 19, 2025.**

2. All requests for discovery must be served by a date sufficiently early so that all discovery in this case can be completed no later than **May 8, 2026**. The parties are expected to try and resolve any discovery disputes through the meet-and-confer process required by Civil L.R. 37.

3. All dispositive motions, together with briefs, are to be filed in accordance with Civil L.R. 56 no later than **May 12, 2026**.

4. If no dispositive motions are filed or if resolution of the motions does not dispose of the case in its entirety, the court will schedule a telephonic scheduling conference to discuss further scheduling of the case.

5. If the parties are in need of any assistance, they are directed to contact the appropriate Courtroom Deputy for their case. Katina Hubacz is responsible for all matters in which the case number ends in an even number and can be reached at 414-297-1200; Katina_Hubacz@wied.uscourts.gov

Courtroom Deputy Tony Byal is responsible for all matters in which the case number ends in an odd number and can be reached at 414-297-3373; Tony_Byal@wied.uscourts.gov.

Dated at Milwaukee, Wisconsin, this 30th day of October, 2025.

STEPHEN C. DRIES
United States Magistrate Judge