---

**PLUMBERS AND STEAMFITTERS LOCAL 118 PENSION FUND,**
**PLUMBERS LOCAL 118 TRAINING FUND,**
**and JOSHUA BIRONG (in his capacity as Trustee),**

        **Plaintiffs,**

    **v.**                            **Case No. 25-cv-744**

**MECHANICAL MASTERS, INC.,**

        **Defendant.**

---

### STIPULATION EXTENDING DEADLINE FOR PARTIES TO FILE DISPOSITIVE MOTIONS

---

NOW COME Plaintiffs and Defendants, by and through their respective undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, this Honorable Court entered a Scheduling Order on October 30, 2025, setting a dispositive motion deadline for May 12, 2026 (Docket No. 16);

WHEREAS, the parties have the parties have discussed potential settlement in this matter as well as the need for revisions to Plaintiffs' audit billing;

WHEREAS, Plaintiffs' auditor is in the process of revising the audit which forms the basis for the damages sought by Plaintiffs, but has not yet completed that revised audit report;

WHEREAS, the parties are hopeful that they will be able to resolve the case after the revised audit report is issued but require additional time to get there.

NOW, THEREFORE, it is hereby agreed to and stipulated by and between counsel for the respective parties that pursuant to Fed. R. Civ. P. 6(b), to permit the parties to attempt to resolve the lawsuit after the revised audit report is issued, the deadline for the parties to file dispositive motions is extended to June 12, 2026. The parties respectfully request that the Court issue an order granting this stipulated extension.

Dated: May 5, 2026

Respectfully submitted,

/s/ Alex J. Sterling – (WISBN #1107931)
THE PREVIANT LAW FIRM, S.C.
310 W Wisconsin Avenue, Suite 100 MW
Milwaukee, WI 53203
(414) 271-4500
ajs@previant.com

*Counsel for Plaintiffs Plumbers And Steamfitters Local 118 Pension Fund, Plumbers Local 118 Training Fund, Joshua Birong (in his capacity as Trustee*

/s/Todd A. Miller – (ILBN #6216561)
ALLOCCO, MILLER & CAHILL, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
(312) 675-4325
tam@alloccomiller.com

*Counsel for Defendant Mechanical Masters, Inc.*