_____

**PLUMBERS AND STEAMFITTERS LOCAL 118 PENSION FUND,**
**PLUMBERS LOCAL 118 TRAINING FUND,**
**and JOSHUA BIRONG (in his capacity as Trustee),**

        **Plaintiffs,**

  **v.**                                      **Case No. 25-cv-744**

**MECHANICAL MASTERS, INC.,**

        **Defendant.**

_____

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
_____

Plumbers and Steamfitters Local 118 Pension Fund, Plumbers Local 118 Training Fund, and Joshua Birong (in his capacity as Trustee), by their attorneys, hereby move the Court pursuant to Rule 56 of the Federal Rules of Civil Procedure. Plaintiffs request summary judgment on their behalf and an order requiring Defendant Mechanical Masters, Inc. to pay Plaintiffs all unpaid contributions, interest, liquidated damages, reasonable attorney fees and costs due the Plaintiff Funds pursuant to the collective bargaining and trust agreements, sections 505 and 515 of the Employee Retirement Income Security Act (29 U.S.C. ''1132 and 1145), and 29 U.S.C. § 185.

Judgment for Plaintiffs is warranted as a matter of law as there are no genuine issues of material fact in dispute. Defendant is obligated to pay contributions, interest and liquidated damages, reasonable attorney fees and costs of prosecution by virtue of its status as a signatory to multiple collective bargaining agreements involving the Plaintiffs

and multi-employer fringe benefit funds pursuant to ERISA sections 502 and 515 (29 U.S.C. §§ 1132 and 1145) and 29 U.S.C. § 185.

This motion is supported by the attached memorandum of law, in addition to the Plaintiffs' Proposed Findings of Fact, the Affidavits of Randy Rosenmerkel, Joshua Birong, Cindy Balistriere, and Alex J. Sterling.

**WHEREFORE,** Plaintiffs respectively request that this court enter an order granting the Plaintiffs' Summary Judgment Motion against Defendant for delinquent contribution payments, interest on the payments, liquidated damages, reasonable attorney fees and costs, and any other equitable relief the court deems just and proper.

Dated this 12th day of June, 2026.

/s/ Alex J. Sterling_____
Alex J. Sterling (SBN: 1107931)
The Previant Law Firm, S.C.
310 West Wisconsin Avenue
Suite 100MW
Milwaukee, WI 53203
414-271-4500 (Telephone)
414-271-6308 (Fax)
Email: ajs@previant.com
Attorneys for Plaintiffs