**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

_____

PLUMBERS AND STEAMFITTERS LOCAL 118 PENSION FUND,
PLUMBERS LOCAL 118 TRAINING FUND,
and JOSHUA BIRONG (in his capacity as Trustee),

           **Plaintiffs,**

    **v.**                            **Case No. 25-cv-744**

MECHANICAL MASTERS, INC.,

           **Defendant.**

_____

**PROPOSED FINDINGS OF FACT IN SUPPORT OF PLAINTIFFS'**
**MOTION FOR SUMMARY JUDGMENT**

_____

Plaintiffs, by their attorneys, propose the following undisputed facts in support of their motion for summary judgment:

1.      Because this is a lawsuit to collect contributions under 29 U.S.C. §1145, the District Courts of the United States have jurisdiction over this action under 29 U.S.C. §1132(e). Docket #1, ¶1; Docket #11, ¶1.

2.      Venue in this Court is appropriate. Docket #1, ¶2; Docket #11, ¶2.

3.      Plaintiff Plumbers and Steamfitters Local 118 Pension Fund ("Pension Fund") is an employee benefit plan within the meaning of ERISA §§3(1),(2), (3), and (37), 502 and 515, as amended by the MPPAA (codified as amended at 29 U.S.C. §§ 1002(1), (2), (3) and (37), 1132 and 1145). Docket #1, ¶3; Docket #11, ¶3.

4.      Plaintiff Plumbers Local 118 Training Fund ("Training Fund") is an employee benefit plan within the meaning of ERISA §§3(1),(2),(3), and (37), 502 and 515, as

amended by the MPPAA (codified as amended at 29 U.S.C. §§ 1002(1),(2), (3) and (37), 1132 and 1145). Docket #1, ¶3; Docket #11, ¶3.

5.     Plaintiff Joshua Birong is a Trustee and fiduciary of the Pension Fund as well as a participant and beneficiary within the meaning of ERISA (29 U.S.C. §1002, et seq.) and as such has standing to be a plaintiff in this action and to seek the remedies prayed for. Docket #1, ¶4; Docket #11, ¶4.

6.     Defendant Mechanical Masters, Inc. is a domestic corporation, engaged in business, with principal offices located at 312 S. Beaumont Avenue, Kansasville, Wisconsin 53139. Docket #1, ¶5; Docket #11, ¶5.

7.     Mechanical Masters, Inc. is an employer and party in interest in an industry affecting commerce within the meaning of ERISA Sections 3(5), (11), (12) and (14) (29 U.S.C. §§ 1002(5), (11), (12) and (14)). Docket #1, ¶6; Docket #11, ¶6.

8.     In June of 2007, Mechanical Masters signed the United Association Local Union No. 118 2007-2013 Labor Agreement (CBA 1), negotiated between the Plumbers and Steamfitters Local Union #118 of the Plumbing and Pipefitting Industry of the United States and Canada ("Union") and the Mechanical Contractors, S E, Inc. ("Association"), and dually signed by E. Larry Vance, Business Manager for the Union. *Affidavit of Alex J. Sterling dated June 12, 2026* ("Sterling Affidavit"), ¶2, Exhibit 1.

9.     CBA 1 termed May 31, 2013. *Id*., pages 35-36.

10.     Since CBA 1 termed, the Union and the Association have adopted multiple successor agreements, including United Association Local Union No. 118 2017-2023 Labor Agreement ("CBA 2"), and United Association Local Union No. 118 2023-2025 Labor Agreement ("CBA 3") (CBA 1, CBA 2, and CBA 3 hereafter will collectively be

referred to as the CBAs). *Affidavit of Randy Rosenmerkel dated June 11, 2026* ("Rosenmerkel Affidavit"), Exhibits 3 and 4.

11. The CBAs bind their signatory contractors to all terms of the Pension Fund's and Training Fund's Trust Agreements. *Sterling Affidavit*, Exhibit 1, page 28; *Rosenmerkel Affidavit*, Exhibit 3, page 29, Exhibit 4, page 29.

12. The CBAs require signatory contractors to pay contributions to the Pension Fund and Training Fund for each hour of covered work performed by their employees whether those employees were members of the Union or not. *Sterling Affidavit*, Exhibit 1, page 41; *Rosenmerkel Affidavit*, Exhibit 3, page 29, Exhibit 4, page 28.

13. The term covered work, as it relates to the CBAs, the performance of tasks related to plumbing, heating, and piping work performed within the geographic jurisdiction of the Union. *Sterling Affidavit*, Exhibit 1, pages 41-44; *Rosenmerkel Affidavit*, Exhibit 3, pages 42-45, Exhibit 4, pages 41-45.

14. Appendix A of the CBAs itemizes specific tasks considered covered work under the CBAs. *Id.*

15. All payments to the Pension and Training Fund for employees covered by the CBAs, while the CBAs are in effect, are deemed to be paid pursuant to the CBAs. *Sterling Affidavit*, Exhibit 1, page 29; *Rosenmerkel Affidavit*, Exhibit 3, page 30, Exhibit 4, page 30.

16. The hourly rate of contributions owed to the Pension and Training Fund are set forth by the CBAs. *Sterling Affidavit*, Exhibit 1, pages 3-6; *Rosenmerkel Affidavit*, Exhibit 3, pages 3-7, Exhibit 4, pages 3-5.

17. The hourly contributions owed to the Pension Fund and Training Fund generally change annually, becoming effective June 1st of a given year. *Affidavit of Joshua Birong dated June 10, 2026* ("Birong Affidavit"), ¶6, Exhibit 2.

18. To maintain membership with the Union, members are required to pay working dues for each hour of covered work they perform. *Sterling Affidavit*, Exhibit 1, page 8; *Rosenmerkel Affidavit*, Exhibit 3, page 8, Exhibit 4, page 8.

19. The hourly rate of working dues owed to the Union is set forth by the CBAs. *Sterling Affidavit*, Exhibit 1, pages 3-6; *Rosenmerkel Affidavit*, Exhibit 3, pages 3-7, Exhibit 4, pages 3-5.

20. The hourly rate of working dues owed to the Union may change annually, becoming effective June 1st of a given year. *Birong Affidavit*, ¶6, Exhibit 2.

21. Union members can authorize their employers to deduct working dues from their wages and direct their employer to send those working dues to the Union by signing an Authorization for Dues Check-Off Form. *Birong Affidavit*, ¶9.

22. Nine employees of Mechanical Masters between January 1, 2023 and November 30, 2024, as members of the Union as either Journeymen or Apprentices, executed Authorization for Dues Check-Off Forms: Michael Fonk, Robert Kerkman, Ayden Klamm, Patrick Konkol, Brandon Mattes, Ethan Schenning, Lucas Shenkenberg, Kadin Villa, and Scott Winkelman. *Id.*

23. First and Second-year Apprentices must pay working dues at 60% of the Journeyman rate per hour of work performed. *Id.*

24. Third, Fourth, and Fifth-year Apprentices must pay working dues at 75% of the Journeyman rate per hour of work performed. *Id.*

25. Payments to the Pension Fund and Training Fund are to be made at the end of each month in which the work was performed, but no later than the fifteenth (15th) day of the following month after which time the payments will be considered to be delinquent. *Sterling Affidavit*, Exhibit 1, page 29; *Rosenmerkel Affidavit*, Exhibit 3, page 30, Exhibit 4, pages 29-30.

26. In the event an employer becomes delinquent in contribution payments to the Pension Fund or Training Fund, such employer may be assessed, as liquidated damages, five percent (5%) of such delinquent payments. *Id.*

27. Delinquent employers shall also be required to pay interest at the maximum rate permitted by law, not to exceed on and one-half percent (1.5%) per month, on unpaid and delinquent contributions. *Id.*

28. Mechanical Masters' books and records for the period January 1, 2023 through November 30, 2024 were examined on December 27, 2024 by Randy Rosenmerkel. *Rosenmerkel Affidavit*, ¶2.

29. Rosenmerkel created two audit billings for the period January 1, 2023 through November 30, 2024 based on his review of Mechanical Masters' books and records. *Id.*, ¶¶3-4.

30. Rosenmerkel created one audit billing based on records provided by Mechanical Masters for employees Mechanical Masters considered Plumbers. *Id.*, ¶3, Exhibit 1.

31. Mechanical Masters refused to provide detailed payroll records for employees it identified as non-Plumbers to Rosenmerkel. *Id.*, ¶4.

32.     To estimate hours worked by Mechanical Masters' non-Plumbers, Rosenmerkel took each non-Plumbers' quarterly wages, divided by the Local 118 Union's hourly wage rate, and then divided by three to calculate each non-Plumber's monthly hours. *Id.*

33.     Rosenmerkel created an audit billing based on the estimated hours worked by non-Plumbers employed by Mechanical Masters (Supplemental Audit Billing). *Id.*

34.     Rosenmerkel, on May 6, 2026, revised the Supplemental Audit Billing based on the testimony of William Shenkenberg, owner of Mechanical Masters, regarding the hours worked by non-Plumbers performing work covered by CBA 2 and CBA 3. *Id.*; *Sterling Affidavit*, ¶¶4,5, Exhibit 3 and Exhibit 4.

35.     Based on Rosenmerkel's review of records provided by Mechanical Masters for the period January 1, 2023 through November 30, 2024 for employees the company identified as Plumbers, Rosenmerkel discovered hours of covered work for which contributions were unpaid and calculated the following unpaid contributions to the Pension Fund and Training Fund based on the wage rates effective when the covered work was performed:

| | |
|---|---|
| Pension Fund | $19,581.71 |
| Training Fund | $3,711.89 |

*Rosenmerkel Affidavit*, ¶8.

36.     Because of Mechanical Masters' failure to remit contributions for hours of covered work performed by employees it identified as Plumbers between January 1, 2023 through November 30, 2024, Rosenmerkel assessed interest on those unpaid contributions at a rate of 1.5% per month delinquent as follows:

| | |
|---|---|
| Pension Fund | $656.49 |
| Training Fund | $128.62 |

*Id.*, ¶10.

37. Because of Mechanical Masters' failure to remit contributions for hours of covered work performed by employees it identified as Plumbers between January 1, 2023 through November 30, 2024, Rosenmerkel assessed liquidated damages on those unpaid contributions at a flat rate of 5% as follows:

| | |
|---|---|
| Pension Fund | $817.24 |
| Training Fund | $160.11 |

*Id.*

38. Based on Rosenmerkel's partial review of records provided by Mechanical Masters for the period January 1, 2023 through November 30, 2024 for employees the company identified as non-Plumbers, his estimation of hours worked, and the testimony of William Shenkenberg, Rosenmerkel estimated hours of covered work for employees Mechanical Masters identified as non-Plumbers for which contributions were unpaid and calculated the following unpaid contributions to the Pension Fund and Training Fund based on the wage rates effective when the covered work was performed:

| | |
|---|---|
| Pension Fund | $69,514.75 |
| Training Fund | $11,619.42 |

*Id.*, ¶9; *Sterling Affidavit*, ¶¶4,5, Exhibit 3 and Exhibit 4.

39. Because of Mechanical Masters' failure to remit contributions for hours of covered work performed by employees it identified as non-Plumbers between January 1, 2023 through November 30, 2024, Rosenmerkel assessed interest on those unpaid contributions at a rate of 1.5% per month delinquent as follows:

| | |
|---|---|
| Pension Fund | $12,667.23 |
| Training Fund | $2,061.91 |

*Rosenmerkel Affidavit*, ¶10.

40. Because of Mechanical Masters' failure to remit contributions for hours of covered work performed by employees it identified as non-Plumbers between January 1, 2023 through November 30, 2024, Rosenmerkel assessed liquidated damages on those unpaid contributions at a flat rate of 5% as follows:

| | |
|---|---|
| Pension Fund | $3,475.75 |
| Training Fund | $580.98 |

*Id.*

41. Mechanical Masters has made no payments to the Pension Fund for contributions, interest, or liquidated damages owed for the period January 1, 2023 through November 30, 2024. *Affidavit of Cindy Balistriere dated June 11, 2026* ("Balistriere Affidavit"), ¶4.

42. Because Mechanical Masters has not made any payments towards delinquencies owed, the following remains owed to the Pension Fund for the period January 1, 2023 through November 30, 2024:

| Cont. | Int. | Liq. Dmgs. | Total |
|---|---|---|---|
| $89,096.46 | $13,323.72 | $4,292.99 | $106,713.17 |

*Id.*

43. Mechanical Masters has made no payments to the Training Fund for contributions, interest, or liquidated damages owed for the period January 1, 2023 through November 30, 2024. *Affidavit of Joshua Birong dated June 11, 2026* ("Birong Affidavit") ¶4.

44. Because Mechanical Masters has not made any payments towards delinquencies owed, the following remains owed to the Training Fund for the period January 1, 2023 through November 30, 2024:

| Cont. | Int. | Liq. Dmgs. | Total |
|---|---|---|---|
| $15,331.31 | $2,190.53 | $741.09 | $18,262.93 |

*Id.*

45. Between January 1, 2023 and September 29, 2025, Mechanical Masters paid contributions to the Pension Fund for seven employees. *Balistriere Affidavit*, Exhibit 1.

46. Mechanical Masters paid contributions to the Pension Fund for each work month between December 2022 and April 2024. *Id.*

47. Mechanical Masters also paid contributions to the Pension Fund for the work months July 2024, October 2024, and December 2024. *Id.*

48. When Mechanical Masters paid contributions to the Pension Fund for the work months December 2022 through December 2024, it did so according to the Local 118 wage rate sheets effective during each work month. *Id.*; *Balistriere Affidavit*, ¶8, Exhibit 2.

49. Between January 1, 2023 and May 31, 2026, Mechanical Masters paid contributions to the Training Fund for nine employees. *Birong Affidavit*, Exhibit 1.

50. Mechanical Masters paid contributions to the Training Fund for each work month between January 2023 and April 2025. *Id.*

51. When Mechanical Masters paid contributions to the Training Fund for the work months January 2023 through April 2025, it did so according to the Local 118 wage rate sheets effective during each work month. *Id.*; *Birong Affidavit*, ¶7, <u>Exhibit 2</u>.

52. Between January 1, 2023 and November 30, 2024, the Union received working dues from Mechanical Masters on behalf of nine employees. *Birong Affidavit*, <u>Exhibit 3</u>.

53. Between January 1, 2023 and November 30, 2024, the Union received working dues from Mechanical Masters each month. *Id.*

54. When the Union received working dues from Mechanical Masters, working dues were paid according to the Local 118 wage rate sheets effective during each work month. *Id.*; *Birong Affidavit*, ¶7, <u>Exhibit 2</u>.

55. Plaintiffs' attorney fees as of June 12, 2026 are $7,507.50. *Sterling Affidavit*, ¶6, <u>Exhibit 5</u>.

56. Plaintiffs' costs of prosecution as of June 12, 2026 are $480.00. *Id.*, ¶7, <u>Exhibit 6.</u>

Dated this 12th day of June, 2026.

/s/ Alex J. Sterling_____
Alex J. Sterling (SBN: 1107931)
THE PREVIANT LAW FIRM, S.C.
310 W. Wisconsin Ave. Suite 100MW
Milwaukee, WI   53212
Telephone: 414/271 4500
Fax: 414/271 6308

ATTORNEYS FOR PLAINTIFFS