PLUMBERS AND STEAMFITTERS LOCAL 118 PENSION FUND,
PLUMBERS LOCAL 118 TRAINING FUND,
and JOSHUA BIRONG (in his capacity as Trustee),

Plaintiffs,

v.                                                    Case No. 25-cv-744

MECHANICAL MASTERS, INC.,

Defendant.

## AFFIDAVIT OF RANDY ROSENMERKEL

Randy Rosenmerkel, being under oath, states as follows:

1.      My name is Randy Rosenmerkel. I am an auditor, performing duties on behalf of Combined Crafts Statewide Audit Program, the assigned auditors for the Plumbers and Steamfitters Local 118 Pension Fund ("Pension Fund") and Plumbers Local 118 Training Fund ("Training Fund") (hereafter collectively the "Local 118 Funds").

2.      I have reviewed the audit files regarding the Defendant in this matter, Mechanical Masters, Inc. on behalf of the Local 118 Funds, I conducted an audit of this company's books and records covering the period January 1, 2023, through November 30, 2024, on December 27, 2024. I have attached copies of the audit billings for the period January 1, 2023 through November 30, 2024 as Exhibit 1 and Exhibit 2 to this Affidavit and certify the contents of the billings to be true and accurate accountings based on the records provided by Defendant.

3.      The findings of Exhibit 1 are based on the detailed payroll records provided

1

by Defendant for the employees Defendant identified as Plumbers.

4.  The findings of Exhibit 2 are based partially on the payroll records provided by Defendant for the employees Defendant identified as non-Plumbers, and partially on estimates assuming these employees were paid Journeyman scale wages according to the Local 118 Union wage rates effective during the period in question. Defendant refused to provide detailed payroll records for any employees they did not identify as Plumbers including what type of work the non-Plumbers performed. Because Defendant refused to provide detailed records for non-Plumbers, I took each non-Plumbers' quarterly wages, divided by the Local 118 Union's wage rates, and then divided by three to calculate each non-Plumber's monthly hours. Hereafter, Exhibit 2 will be referred to as the "Supplemental Audit Billing." The Supplemental Audit Billing was revised on May 6, 2026 pursuant to the testimony of Defendant's owner, William Shenkenberg regarding the hours of covered work under the CBA performed by each non-Plumber employee of Defendant.

5.  The collective bargaining agreements that I referred to in the audit are the United Association Local Union No. 118 2017 - 2023 Labor Agreement ("CBA 1"), attached as Exhibit 3, and the United Association Local Union No. 118 2023 - 2026 Labor Agreement ("CBA 2"), attached as Exhibit 4, (hereafter collectively referred to as the "CBAs").

6.  As a field payroll auditor, I maintain and monitor the system of employee payroll audit billings. Local unions provide a list of employers covered by collective bargaining agreements. From these lists, I examine the employee payroll records of covered employers to ensure that all covered employees have been reported and have received proper contributions and that the employer contributes according to its collective

2

bargaining agreement(s). Every employer obligated to contribute to the Local 118 Funds is audited approximately every two and one-half years. This part of the Local 118 Funds' program ensures that there is a collection procedure that is reasonable, diligent and systematic. If there are special problems, employers are audited more frequently.

7. Payment of contributions to the Local 118 Funds are due on the 15th day of the month after the one for which the work covered was performed. Exhibit 3, page 30; Exhibit 4, page 29. All delinquent amounts owed to the Local 118 Funds were calculated at the hourly rate set forth in the wage rate sheets attached as Exhibit 5 as authorized by the CBAs.

8. Based on my review of Mechanical Masters, Inc.'s payroll records, I discovered work performed by Mechanical Masters, Inc.'s employees covered by the CBAs for which Mechanical Masters, Inc. did not pay contributions to the Local 118 Funds. Accordingly, I calculated unpaid contributions owed to the Local 118 Funds as follows:

**Audit Period January 1, 2023 through November 30, 2024:**

| | |
|---|---|
| Pension Fund | $19,581.71 |
| Training Fund | $3,711.89 |

Exhibit 1, page 1

9. Based on my partial review of Mechanical Masters, Inc.'s payroll records, my estimation of hours worked by employees of Mechanical Masters, Inc. the company considered non-Plumbers, and William Shenkenberg's testimony, I calculated unpaid contributions owed to the Local 118 Funds as follows:

3

**Supplemental Audit Billing Period January 1, 2023 through November 30, 2024:**

| | |
|---|---|
| Pension Fund | $69,514.75 |
| Training Fund | $11,619.42 |

Exhibit 2, page 1.

10. Pursuant to the CBAs, all interest assessments are calculated at 1.5% of unpaid contributions per month or 18% per annum, and liquidated damages assessments are calculated at 5%. Exhibit 3, page 30 ; Exhibit 4, page 30. Accordingly, I assessed Mechanical Masters, Inc. interest as follows:

**Audit Period January 1, 2023 through November 30, 2024:**

| | |
|---|---|
| Pension Fund | $656.49 |
| Training Fund | $128.62 |

Exhibit 1, page 1,

**Supplemental Audit Billing Period January 1, 2023 through November 30, 2024:**

| | |
|---|---|
| Pension Fund | $12,667.23 |
| Training Fund | $2,061.91 |

Exhibit 2, page 1,

and liquidated damages as follows:

**Audit Period January 1, 2023 through November 30, 2024:**

| | |
|---|---|
| Pension Fund | $817.24 |
| Training Fund | $160.11 |

Exhibit 1, page 1

**Supplemental Audit Billing Period January 1, 2023 through November 30, 2024:**

| | |
|---|---|
| Pension Fund | $3,475.75 |
| Training Fund | $580.98 |

Exhibit 2, page 1.

4

11. Total delinquencies owed by Mechanical Masters, Inc. to the Local 118 Funds for the period January 1, 2023 through November 30, 2024 are broken down as follows:

Pension Fund

| Cont. | Int. | Liq. Dmgs. | Total |
|---|---|---|---|
| $89,096.46 | $13,323.72 | $4,292.99 | $106,713.17 |

Training Fund

| Cont. | Int. | Liq. Dmgs. | Total |
|---|---|---|---|
| $15,331.31 | $2,190.53 | $741.09 | $18,262.93 |

I have read the foregoing Affidavit and know it to be true of my own personal knowledge and belief.

AFFIANT FURTHER SAYETH NOT.

Randy Rosenmerkel

Subscribed and sworn to before me this 11th day of June, 2026.

Notary Public, State of Wisconsin
My commission expires: _____
is permanent.

Alex J. Sterling
NOTARY
PUBLIC
STATE OF WISCONSIN

5