# Combined Crafts Statewide Audit Program

1. Date of Audit: 12/27/24     Reason: Request
2. Contractor Name: Mechanical Masters, Inc.     Structure: Corporation
3. Address: 312 S. Beaumont Ave.     City\State: Kansasville, WI  53139-9432
4. Invoice s/b sent to:
5. Phone No: (262)878-0875     6. Crafts: Kenosha Plumbers #118,
   (262)206-8592-Cell     WI Pipe Trades #118

7. Owner(s):     Pres: William Shenkenberg     Secretary:
   V Pres:     Treasurer:
LLC / SoleProprietor:
   Contact: William Shenkenberg
   Contact Email mechmast@gmail.com

8. Employees not on Remittance Reports : See Attached Addendum: ___X___
9.     No Discrepancies in contributions reported: _____
    Discrepancies in contributions reported: ___X___
    Debit/credit  Memos outstanding provided by fund office: _____
10. Comments:
 The audit was conducted using weekly payroll records, remittance reports, 941's, UC101's, W-2's and W-3. Company had 1-4 Kenosha Plumbers/WI Pipe Trades #118 that they remitted on and 10-15 other employees. The company only provided detailed payroll records for the employees they identify as Plumbers. The company would not provide any other information as to what type of work the other employees were doing, so I billed them all as Plumbers. To come up with hours to bill each month, I took there quarterly wages, divided by the KP/WPT#118 CBA wages rate and then divided by 3(# of months in each quarter).

KP #118-Delinquent, Omission, Shortage, Overage., WPT #118-Delinquent, Omission, Shortage, Overage.

11. Misclassification of Employees:
    Indicate here if Auditor furnished with 1099 & 1096 Forms: ___X___
    Indicate here if Employer stated no 1099 Forms filed this Period: _____
12. Signatory to an NBU Agreement?     Yes/No? __No__     Craft: _____
    NBU Compliance?     Yes/No? _____
    NBU employee funded under bargaining unit agreement:     Yes/No? __No__
13. Signatory to an Alumni Agreement?     Yes/No? __No__     Craft: _____
    Alumni compliance?     Yes/No? _____
14. Currently Delinquent?     Yes/No? __Yes__     Period: See Attached
15. Audit Period:     1/1/23 To 11/30/24
16. Federal ID #: ██████████     17. Auditor: Randy Rosenmerkel
18. Fund office memos provided?     Yes/No? __Yes__     19. Emplr. Withdrawal     No

**Exhibit 1**

# ATTACHED ADDENDUM

**Company Name:** Mechanical Masters, Inc.
**Date of Audit:** 12/27/24
**Audit Period:** 1/1/23 To 11/30/24

**Unfunded Employees:**

William Shenkenberg    Owner
Cliff Kamm*            Concrete Work

*Received a 1099-misc. income form*

# PLUMBERS & STEAMFITTERS#118 AUDIT BILLING SUMMARY SHEET

Employer: Mechanical Masters, Inc.
Audit Date: 12/27/24
Audit Period: 1/1/23 To 11/30/24

| Fund | Contributions | L/D's | Interest | Total |
|---|---|---|---|---|
| Health | 18,302.88 | 3,034.09 | 609.34 | 21,946.31 |
| Pension | 19,581.71 | 817.24 | 656.49 | 21,055.44 |
| Education | 3,711.89 | 160.11 | 128.62 | 4,000.62 |
| IDF(Local) | 4,079.97 | | | 4,079.97 |
| IDF(Contractor) | 747.64 | | | 747.64 |
| Vacation | 0.00 | | | 0.00 |
| Dues | 2,870.00 | | | 2,870.00 |
| Sup.Def. Contr. | 1,138.45 | 200.15 | 40.20 | 1,378.80 |
| | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | | | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals: | 50432.54 | 4211.59 | 1434.65 | 56078.78 |

SMSS17

# PLUMBERS & STEAMFITTERS LIQUIDATED DAMAGES - REFERRAL

| Funds | LD Amounts |
|---|---|
| Health | 3,660.58 |
| Pension | 3,916.34 |
| Education | 742.38 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| Sup.Def. Contr | 227.69 |
| | 0.00 |
| | 0.00 |
| | 0.00 |
| 401-k | 0.00 |
| | 8546.99 |

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.  
Address: 312 S. Beaumont Ave.  
Kansasville, WI 53139

Work Mo: November '24  
Local # 118  
L/D: 1  
ᵗof Months Int: 1  
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| | Klamm, Aydan | Delinquent | 209.50 | 0.00 |
| | Shenkenberg, Lance | Delinquent | 163.25 | 0.00 |
| | Villa, Kadin | Delinquent | 200.50 | 0.00 |
| | | | 0.00 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 573.25 | 6517.85 | 1303.57 | 97.77 | 7919.19 |
| Pension | 12.25 | 573.25 | 7022.31 | 351.12 | 105.33 | 7478.76 |
| Education | 2.40 | 573.25 | 1375.80 | 68.79 | 20.64 | 1465.23 |
| IDF(Local) | 2.68 | 573.25 | 1536.31 | | | 1536.31 |
| IDF(Contractor) | 0.55 | 573.25 | 315.29 | | | 315.29 |
| Vacation | 0.00 | 573.25 | 0.00 | | | 0.00 |
| Dues | 1.80 | 573.25 | 1031.85 | | | 1031.85 |
| Sup.Def. Contr. | 0.75 | 573.25 | 429.94 | 85.99 | 6.45 | 522.38 |
| | 0.00 | 573.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 573.25 | 0.00 | | | 0.00 |
| | 0.00 | 573.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 18229.35 | 1809.47 | 230.19 | 20269.01 |

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.  
Address: 312 S. Beaumont Ave.  
Kansasville, WI 53139

Work Mo: September '24  
Local # 118  
L/D: 1  
of Months Int: 3  
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| | Klamm, Aydan | Delinquent | 157.00 | 0.00 |
| | Shenkenberg, Lance | Delinquent | 116.50 | 0.00 |
| | Villa, Kadin | Delinquent | 132.00 | 0.00 |
| | | | 0.00 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 405.50 | 4610.54 | 922.11 | 207.47 | 5740.12 |
| Pension | 12.25 | 405.50 | 4967.38 | 248.37 | 223.53 | 5439.28 |
| Education | 2.40 | 405.50 | 973.20 | 48.66 | 43.79 | 1065.65 |
| IDF(Local) | 2.68 | 405.50 | 1086.74 | | | 1086.74 |
| IDF(Contractor) | 0.55 | 405.50 | 223.03 | | | 223.03 |
| Vacation | 0.00 | 405.50 | 0.00 | | | 0.00 |
| Dues | 1.80 | 405.50 | 729.90 | | | 729.90 |
| Sup.Def. Contr. | 0.75 | 405.50 | 304.13 | 60.83 | 13.69 | 378.65 |
| | 0.00 | 405.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 405.50 | 0.00 | | | 0.00 |
| | 0.00 | 405.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 12894.92 | 1279.97 | 488.48 | 14663.37 |

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

| | | | | |
|---|---|---|---|---|
| Employer: | Mechanical Masters, Inc. | Work Mo: | August '24 | |
| Address: | 312 S. Beaumont Ave. | Local # | 118 | L/D: 1 |
| | Kansasville, WI 53139 | | | ʰof Months Int: 4 |
| | | | | Auditor: RR |

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| | Schenning, Ethan | | 0.00 | 0.00 |
| | Shenkenberg, Lance | Delinquent | 175.00 | 0.00 |
| | Winkelman, Scott | | 0.00 | 0.00 |
| | Mattes, Brandon | | 0.00 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 175.00 | 1989.75 | 397.95 | 119.39 | 2507.09 |
| Pension | 12.25 | 175.00 | 2143.75 | 107.19 | 128.63 | 2379.57 |
| Education | 2.40 | 175.00 | 420.00 | 21.00 | 25.20 | 466.20 |
| IDF(Local) | 2.68 | 175.00 | 469.00 | | | 469.00 |
| IDF(Contractor) | 0.55 | 175.00 | 96.25 | | | 96.25 |
| Vacation | 0.00 | 175.00 | 0.00 | | | 0.00 |
| Dues | 1.80 | 175.00 | 315.00 | | | 315.00 |
| Sup.Def. Contr. | 0.75 | 175.00 | 131.25 | 26.25 | 7.88 | 165.38 |
| | 0.00 | 175.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 175.00 | 0.00 | | | 0.00 |
| | 0.00 | 175.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 5565.00 | 552.39 | 281.10 | 6398.49 |

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.  
Address: 312 S. Beaumont Ave.  
Kansasville, WI 53139

Work Mo: June '24  
Local # 118  L/D: 1  
⌐of Months Int: 6  
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| ▉ | Schenning, Ethan | | 0.00 | 0.00 |
| | Shenkenberg, Lance | Delinquent | 180.50 | 0.00 |
| | Winkelman, Scott | | 0.00 | 0.00 |
| | Mattes, Brandon | | 0.00 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 180.50 | 2052.29 | 410.46 | 184.71 | 2647.46 |
| Pension | 12.25 | 180.50 | 2211.13 | 110.56 | 199.00 | 2520.69 |
| Education | 2.40 | 180.50 | 433.20 | 21.66 | 38.99 | 493.85 |
| IDF(Local) | 2.68 | 180.50 | 483.74 | | | 483.74 |
| IDF(Contractor) | 0.55 | 180.50 | 99.28 | | | 99.28 |
| Vacation | 0.00 | 180.50 | 0.00 | | | 0.00 |
| Dues | 1.80 | 180.50 | 324.90 | | | 324.90 |
| Sup.Def. Contr. | 0.75 | 180.50 | 135.38 | 27.08 | 12.18 | 174.64 |
| | 0.00 | 180.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 180.50 | 0.00 | | | 0.00 |
| | 0.00 | 180.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 5739.92 | 569.76 | 434.88 | 6744.56 |

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

| | | | | |
|---|---|---|---|---|
| Employer: | Mechanical Masters, Inc. | Work Mo: | April '24 | |
| Address: | 312 S. Beaumont Ave. | Local # | 118 | L/D: 0 |
| | Kansasville, WI 53139 | | | #of Months Int: 0 |
| | | | | Auditor: RR |

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| | Schenning, Ethan | | 0.00 | 0.00 |
| | Shenkenberg, Lance | | 0.00 | 0.00 |
| | Winkelman, Scott | | 0.00 | 0.00 |
| | Mattes, Brandon | Shortage | 19.50 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 19.50 | 221.72 | 0.00 | 0.00 | 221.72 |
| Pension | 11.75 | 19.50 | 229.13 | 0.00 | 0.00 | 229.13 |
| Education | 1.85 | 19.50 | 36.08 | 0.00 | 0.00 | 36.08 |
| IDF(Local) | 1.83 | 19.50 | 35.69 | | | 35.69 |
| IDF(Contractor) | 0.05 | 19.50 | 0.98 | | | 0.98 |
| Vacation | 0.00 | 19.50 | 0.00 | | | 0.00 |
| Dues | 1.70 | 19.50 | 33.15 | | | 33.15 |
| Sup.Def. Contr. | 0.50 | 19.50 | 9.75 | 0.00 | 0.00 | 9.75 |
| | 0.00 | 19.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 19.50 | 0.00 | | | 0.00 |
| | 0.00 | 19.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 566.50 | 0.00 | 0.00 | 566.50 |

**PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING**

Employer: Mechanical Masters, Inc.  
Address: 312 S. Beaumont Ave.  
Kansasville, WI 53139

Work Mo: March '24  
Local # 118  L/D: 0  
ᶠof Months Int: 0  
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| | Schenning, Ethan | Shortage | 11.00 | 0.00 |
| | Shenkenberg, Lance | Shortage | 4.00 | 0.00 |
| | Winkelman, Scott | Omission | 9.50 | 0.00 |
| | Mattes, Brandon | Shortage | 6.00 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 30.50 | 346.79 | 0.00 | 0.00 | 346.79 |
| Pension | 11.75 | 30.50 | 358.38 | 0.00 | 0.00 | 358.38 |
| Education | 1.85 | 30.50 | 56.43 | 0.00 | 0.00 | 56.43 |
| IDF(Local) | 1.83 | 30.50 | 55.82 | | | 55.82 |
| IDF(Contractor) | 0.05 | 30.50 | 1.53 | | | 1.53 |
| Vacation | 0.00 | 30.50 | 0.00 | | | 0.00 |
| Dues | 1.70 | 30.50 | 51.85 | | | 51.85 |
| Sup.Def. Contr. | 0.50 | 30.50 | 15.25 | 0.00 | 0.00 | 15.25 |
| | 0.00 | 30.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 30.50 | 0.00 | | | 0.00 |
| | 0.00 | 30.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 886.05 | 0.00 | 0.00 | 886.05 |

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.  
Address: 312 S. Beaumont Ave.  
Kansasville, WI 53139

Work Mo: February '24  
Local # 118  
L/D: 0  
ʰof Months Int: 0  
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k | |
|---|---|---|---|---|---|
| ■■■ | Schenning, Ethan | Shortage | 49.00 | 0.00 | |
| | Shenkenberg, Lance | | 0.00 | 0.00 | |
| | Winkelman, Scott | Shortage | 60.50 | 0.00 | |
| | Mattes, Brandon | Shortage | 1.50 | 0.00 | |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 111.00 | 1262.07 | 0.00 | 0.00 | 1262.07 |
| Pension | 11.75 | 111.00 | 1304.25 | 0.00 | 0.00 | 1304.25 |
| Education | 1.85 | 111.00 | 205.35 | 0.00 | 0.00 | 205.35 |
| IDF(Local) | 1.83 | 111.00 | 203.13 | | | 203.13 |
| IDF(Contractor) | 0.05 | 111.00 | 5.55 | | | 5.55 |
| Vacation | 0.00 | 111.00 | 0.00 | | | 0.00 |
| Dues | 1.70 | 111.00 | 188.70 | | | 188.70 |
| Sup.Def. Contr. | 0.50 | 111.00 | 55.50 | 0.00 | 0.00 | 55.50 |
| | 0.00 | 111.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 111.00 | 0.00 | | | 0.00 |
| | 0.00 | 111.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 3224.55 | 0.00 | 0.00 | 3224.55 |

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.  Work Mo: December '23
Address: 312 S. Beaumont Ave.  Local # 118  L/D: 0
Kansasville, WI 53139  ꞁof Months Int: 0
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| ▮ | Schenning, Ethan | Shortage | 10.50 | 0.00 |
| | Shenkenberg, Lance | Shortage | 55.00 | 0.00 |
| | Winkelman, Scott | Shortage | 13.50 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 79.00 | 898.23 | 0.00 | 0.00 | 898.23 |
| Pension | 11.75 | 79.00 | 928.25 | 0.00 | 0.00 | 928.25 |
| Education | 1.85 | 79.00 | 146.15 | 0.00 | 0.00 | 146.15 |
| IDF(Local) | 1.83 | 79.00 | 144.57 | | | 144.57 |
| IDF(Contractor) | 0.05 | 79.00 | 3.95 | | | 3.95 |
| Vacation | 0.00 | 79.00 | 0.00 | | | 0.00 |
| Dues | 1.70 | 79.00 | 134.30 | | | 134.30 |
| Sup.Def. Contr. | 0.50 | 79.00 | 39.50 | 0.00 | 0.00 | 39.50 |
| | 0.00 | 79.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 79.00 | 0.00 | | | 0.00 |
| | 0.00 | 79.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 2294.95 | 0.00 | 0.00 | 2294.95 |

**PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING**

Employer: Mechanical Masters, Inc.  
Address: 312 S. Beaumont Ave.  
Kansasville, WI 53139

Work Mo: November '23  
Local # 118  
L/D: 0  
#of Months Int: 0  
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k | | | |
|---|---|---|---|---|---|---|---|
| ██████ | Schenning, Ethan | Shortage | 6.00 | 0.00 | | | |
| | Shenkenberg, Lance | Shortage | 19.00 | 0.00 | | | |
| | Winkelman, Scott | Shortage | 10.50 | 0.00 | | | |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 35.50 | 403.64 | 0.00 | 0.00 | 403.64 |
| Pension | 11.75 | 35.50 | 417.13 | 0.00 | 0.00 | 417.13 |
| Education | 1.85 | 35.50 | 65.68 | 0.00 | 0.00 | 65.68 |
| IDF(Local) | 1.83 | 35.50 | 64.97 | | | 64.97 |
| IDF(Contractor) | 0.05 | 35.50 | 1.78 | | | 1.78 |
| Vacation | 0.00 | 35.50 | 0.00 | | | 0.00 |
| Dues | 1.70 | 35.50 | 60.35 | | | 60.35 |
| Sup.Def. Contr. | 0.50 | 35.50 | 17.75 | 0.00 | 0.00 | 17.75 |
| | 0.00 | 35.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 35.50 | 0.00 | | | 0.00 |
| | 0.00 | 35.50 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 1031.30 | 0.00 | 0.00 | 1031.30 |