# Combined Crafts Statewide Audit Program

1. Date of Audit: 12/27/24     Reason: Request
2. Contractor Name: Mechanical Masters, Inc.     Structure: Corporation
3. Address: 312 S. Beaumont Ave.     City\State: Kansasville, WI  53139-9432
4. Invoice s/b sent to:
5. Phone No: (262)878-0875     6. Crafts: Kenosha Plumbers #118,
   (262)206-8592-Cell     WI Pipe Trades #118

7. Owner(s):   Pres: William Shenkenberg     Secretary:
   V Pres:     Treasurer:
   LLC / SoleProprietor:
   Contact: William Shenkenberg
   Contact Email: mechmast@gmail.com

8. Employees not on Remittance Reports : See Attached Addendum:    X
9.    No Discrepancies in contributions reported:
   Discrepancies in contributions reported:    X
   Debit/credit  Memos outstanding provided by fund office:
10. Comments:
 The audit was conducted using weekly payroll records, remittance reports, 941's, UC101's, W-2's and W-3. Company had 1-4 Kenosha Plumbers/WI Pipe Trades #118 that they remitted on and 10-15 other employees. The company only provided detailed payroll records for the employees they identify as Plumbers. The company would not provide any other information as to what type of work the other employees were doing, so I billed them all as Plumbers. To come up with hours to bill each month, I took there quarterly wages, divided by the KP/WPT#118 CBA wages rate and then divided by 3(# of months in each quarter).


KP #118-Delinquent, Omission, Shortage, Overage., WPT #118-Delinquent, Omission, Shortage, Overage.

11. Misclassification of Employees:
   Indicate here if Auditor furnished with 1099 & 1096 Forms:    X
   Indicate here if Employer stated no 1099 Forms filed this Period:
12. Signatory to an NBU Agreement?    Yes/No?   No    Craft:
   NBU Compliance?    Yes/No?
   NBU employee funded under bargaining unit agreement:    Yes/No?   No
13. Signatory to an Alumni Agreement?    Yes/No?   No    Craft:
   Alumni compliance?    Yes/No?
14. Currently Delinquent?    Yes/No?   Yes    Period: See Attached
15. Audit Period:   1/1/23 To 11/30/24
16. Federal ID #: ███████    17. Auditor: Randy Rosenmerkel
18. Fund office memos provided?    Yes/No?   Yes    19. Emplr. Withdrawal    No

Exhibit 2

# ATTACHED ADDENDUM

**Company Name:** Mechanical Masters, Inc.
**Date of Audit:** 12/27/24
**Audit Period:** 1/1/23 To 11/30/24

**<u>Unfunded Employees:</u>**

William Shenkenberg   Owner
Cliff Kamm*          Concrete Work

*Received a 1099-misc. income form*

Revised 5/6/26 per direction from Fund Counsel: Per Fund Counsel, testimony from Mechanical Masters president provided that the following individuals were NOT performing bargaining-unit work:
-Evan Lonergan
-Scott Darville
-Ryan Shenkenberg
-Martin Gronka
-Ethan Burgan
-Francis Wietrzak
-Jessica Hartman
-Samantha Serak
-Branda Wade
-Stacey Hamilton

As a result I removed the employees listed above from the audit report.

Per Fund Counsel, testimony from Mechanical Masters President and discovery responses from Mechanical Masters confirmed that:
-James Jorgensen
-Jack Shenkenberg
-Owen Shenkenberg
-Aydan Klamm
-Kadin Villa

These employees only performed bargaining unit work for the following percentages of their time

| | | % of work under CBA: | Reduction in # of hours in audit |
|---|---|---|---|
| James Jorgensen | | 50% | 50% |
| Jack Shenkenberg | | 50% | 50% |
| Owen Shenkenberg | | 50% | 50% |
| Aydan Klamm | | 40% | 60% |
| Kadin Villa | | 50% | 50% |

*REVISED AS OF 5/6/26, PER INSTRUCTIONS FROM ATTORNEY JEFF KROL. I REMOVED SEVERAL EMPLOYEES FROM THE BILLING AND REDUCED HOURS FOR ALL OTHER PER INSTRUCTIONS*

## PLUMBERS & STEAMFITTERS#118 AUDIT BILLING SUMMARY SHEET

Employer: Mechanical Masters, Inc.
Audit Date: 12/27/24
Audit Period: 1/1/23 To 11/30/24

| Fund | Contributions | L/D's | Interest | Total |
|---|---|---|---|---|
| Health | 67,139.27 | 13,427.85 | 12,363.48 | 92,930.60 |
| Pension | 69,514.75 | 3,475.75 | 12,667.23 | 85,657.73 |
| Education | 11,619.42 | 580.98 | 2,061.91 | 14,262.31 |
| IDF(Local) | 11,546.10 | | | 11,546.10 |
| IDF(Contractor) | 919.46 | | | 919.46 |
| Vacation | 1,647.39 | | | 1,647.39 |
| Dues | 10,116.51 | | | 10,116.51 |
| Sup.Def. Contr. | 2,717.76 | 543.54 | 395.77 | 3,657.07 |
| | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | | | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals: | 175220.66 | 18028.12 | 27488.39 | 220737.17 |

SMSS17

## PLUMBERS & STEAMFITTERS LIQUIDATED DAMAGES - REFERRAL

| Funds | LD Amounts |
|---|---|
| Health | 0.00 |
| Pension | 0.00 |
| Education | 0.00 |
| | #REF! |
| | #REF! |
| | #REF! |
| | #REF! |
| Sup.Def. Contr | 0.00 |
| | #REF! |
| | #REF! |
| | #REF! |
| 401-k | #REF! |
| | #REF! |

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.  
Address: 312 S. Beaumont Ave.  
Kansasville, WI 53139

Work Mo: September '24  
Local # 118  L/D: 1  
of Months Int: 3  
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| | Lonergan, Evan | | 0.00 | 0.00 |
| | Darville, Scott | | 0.00 | 0.00 |
| | Jorgenson, James | Omission | 87.10 | 0.00 |
| | Shenkenberg, Jack | Omission | 104.90 | 0.00 |
| | Shenkenberg, Owen | Omission | 64.70 | 0.00 |
| | Klamm, Ayden | | 0.00 | 0.00 |
| | Shenkenberg, Ryan | | 0.00 | 0.00 |
| | Burgan, Ethan | | 0.00 | 0.00 |
| | Villa, Kadin | | 0.00 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 256.70 | 2918.68 | 583.74 | 131.34 | 3633.76 |
| Pension | 12.25 | 256.70 | 3144.58 | 157.23 | 141.51 | 3443.32 |
| Education | 2.40 | 256.70 | 616.08 | 30.80 | 27.72 | 674.60 |
| IDF(Local) | 2.68 | 256.70 | 687.96 | | | 687.96 |
| IDF(Contractor) | 0.55 | 256.70 | 141.19 | | | 141.19 |
| Vacation | 0.00 | 256.70 | 0.00 | | | 0.00 |
| Dues | 1.80 | 256.70 | 462.06 | | | 462.06 |
| Sup.Def. Contr. | 0.75 | 256.70 | 192.53 | 38.51 | 8.66 | 239.70 |
| | 0.00 | 256.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 256.70 | 0.00 | | | 0.00 |
| | 0.00 | 256.70 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 8163.08 | 810.28 | 309.23 | 9282.59 |

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.  Work Mo: August '24
Address: 312 S. Beaumont Ave.  Local # 118  L/D: 1
Kansasville, WI 53139  of Months Int: 4
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| | Lonergan, Evan | | 0.00 | 0.00 |
| | Darville, Scott | | 0.00 | 0.00 |
| | Jorgenson, James | Omission | 87.10 | 0.00 |
| | Shenkenberg, Jack | Omission | 104.90 | 0.00 |
| | Shenkenberg, Owen | Omission | 64.70 | 0.00 |
| | Klamm, Ayden | Omission | 28.79 | 0.00 |
| | Shenkenberg, Ryan | | 0.00 | 0.00 |
| | Burgan, Ethan | | 0.00 | 0.00 |
| | Villa, Kadin | Omission | 33.92 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 319.41 | 3631.69 | 726.34 | 217.90 | 4575.93 |
| Pension | 12.25 | 319.41 | 3912.77 | 195.64 | 234.77 | 4343.18 |
| Education | 2.40 | 319.41 | 766.58 | 38.33 | 45.99 | 850.90 |
| IDF(Local) | 2.68 | 319.41 | 856.02 | | | 856.02 |
| IDF(Contractor) | 0.55 | 319.41 | 175.68 | | | 175.68 |
| Vacation | 0.00 | 319.41 | 0.00 | | | 0.00 |
| Dues | 1.80 | 319.41 | 574.94 | | | 574.94 |
| Sup.Def. Contr. | 0.75 | 319.41 | 239.56 | 47.91 | 14.37 | 301.84 |
| | 0.00 | 319.41 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 319.41 | 0.00 | | | 0.00 |
| | 0.00 | 319.41 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 10157.24 | 1008.22 | 513.03 | 11678.49 |

Case 2:25-cv-00744-SCD   Filed 06/12/26   Page 6 of 25   Document 22-2

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.  
Address: 312 S. Beaumont Ave.  
Kansasville, WI 53139

Work Mo: July '24  
Local # 118    L/D: 1  
of Months Int: 5  
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| | Lonergan, Evan | | 0.00 | 0.00 |
| | Darville, Scott | | 0.00 | 0.00 |
| | Jorgenson, James | Omission | 87.10 | 0.00 |
| | Shenkenberg, Jack | Omission | 104.90 | 0.00 |
| | Shenkenberg, Owen | Omission | 64.70 | 0.00 |
| | Klamm, Ayden | Omission | 28.79 | 0.00 |
| | Shenkenberg, Ryan | | 0.00 | 0.00 |
| | Burgan, Ethan | | 0.00 | 0.00 |
| | Villa, Kadin | Omission | 33.92 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 319.41 | 3631.69 | 726.34 | 272.38 | 4630.41 |
| Pension | 12.25 | 319.41 | 3912.77 | 195.64 | 293.46 | 4401.87 |
| Education | 2.40 | 319.41 | 766.58 | 38.33 | 57.49 | 862.40 |
| IDF(Local) | 2.68 | 319.41 | 856.02 | | | 856.02 |
| IDF(Contractor) | 0.55 | 319.41 | 175.68 | | | 175.68 |
| Vacation | 0.00 | 319.41 | 0.00 | | | 0.00 |
| Dues | 1.80 | 319.41 | 574.94 | | | 574.94 |
| Sup.Def. Contr. | 0.75 | 319.41 | 239.56 | 47.91 | 17.97 | 305.44 |
| | 0.00 | 319.41 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 319.41 | 0.00 | | | 0.00 |
| | 0.00 | 319.41 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 10157.24 | 1008.22 | 641.30 | 11806.76 |

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.  
Address: 312 S. Beaumont Ave.  
Kansasville, WI 53139

Work Mo: June '24  
Local # 118  L/D: 1  
of Months Int: 6  
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| | Lonergan, Evan | | 0.00 | 0.00 |
| | Darville, Scott | | 0.00 | 0.00 |
| | Jorgenson, James | Omission | 97.76 | 0.00 |
| | Shenkenberg, Jack | Omission | 105.54 | 0.00 |
| | Shenkenberg, Owen | Omission | 106.64 | 0.00 |
| | Klamm, Ayden | Omission | 28.10 | 0.00 |
| | Shenkenberg, Ryan | | 0.00 | 0.00 |
| | Burgan, Ethan | | 0.00 | 0.00 |
| | Villa, Kadin | Omission | 14.30 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 352.34 | 4006.11 | 801.22 | 360.55 | 5167.88 |
| Pension | 12.25 | 352.34 | 4316.17 | 215.81 | 388.46 | 4920.44 |
| Education | 2.40 | 352.34 | 845.62 | 42.28 | 76.11 | 964.01 |
| IDF(Local) | 2.68 | 352.34 | 944.27 | | | 944.27 |
| IDF(Contractor) | 0.55 | 352.34 | 193.79 | | | 193.79 |
| Vacation | 0.00 | 352.34 | 0.00 | | | 0.00 |
| Dues | 1.80 | 352.34 | 634.21 | | | 634.21 |
| Sup.Def. Contr. | 0.75 | 352.34 | 264.26 | 52.85 | 23.78 | 340.89 |
| | 0.00 | 352.34 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 352.34 | 0.00 | | | 0.00 |
| | 0.00 | 352.34 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 11204.43 | 1112.16 | 848.90 | 13165.49 |

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.  
Address: 312 S. Beaumont Ave.  
Kansasville, WI 53139

Work Mo: May '24  
Local # 118  L/D: 1  
'of Months Int: 7  
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| | Lonergan, Evan | | 0.00 | 0.00 |
| | Darville, Scott | | 0.00 | 0.00 |
| | Jorgenson, James | Omission | 97.76 | 0.00 |
| | Shenkenberg, Jack | Omission | 105.54 | 0.00 |
| | Shenkenberg, Owen | Omission | 106.64 | 0.00 |
| | Klamm, Ayden | Omission | 28.10 | 0.00 |
| | Shenkenberg, Ryan | | 0.00 | 0.00 |
| | Burgan, Ethan | | 0.00 | 0.00 |
| | Villa, Kadin | Omission | 14.30 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 352.34 | 4006.11 | 801.22 | 420.64 | 5227.97 |
| Pension | 11.75 | 352.34 | 4140.00 | 207.00 | 434.70 | 4781.70 |
| Education | 1.85 | 352.34 | 651.83 | 32.59 | 68.44 | 752.86 |
| IDF(Local) | 1.83 | 352.34 | 644.78 | | | 644.78 |
| IDF(Contractor) | 0.05 | 352.34 | 17.62 | | | 17.62 |
| Vacation | 0.00 | 352.34 | 0.00 | | | 0.00 |
| Dues | 1.70 | 352.34 | 598.98 | | | 598.98 |
| Sup.Def. Contr. | 0.50 | 352.34 | 176.17 | 35.23 | 18.50 | 229.90 |
| | 0.00 | 352.34 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 352.34 | 0.00 | | | 0.00 |
| | 0.00 | 352.34 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 10235.49 | 1076.04 | 942.28 | 12253.81 |

Case 2:25-cv-00744-SCD    Filed 06/12/26    Page 9 of 25    Document 22-2

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.      Work Mo:    April '24

Address: 312 S. Beaumont Ave.     Local #    118       L/D: 1

Kansasville, WI 53139           'of Months Int: 8

Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| █████ | Lonergan, Evan | | 0.00 | 0.00 |
| | Darville, Scott | | 0.00 | 0.00 |
| | Jorgenson, James | Omission | 97.76 | 0.00 |
| | Shenkenberg, Jack | Omission | 105.54 | 0.00 |
| | Shenkenberg, Owen | Omission | 106.64 | 0.00 |
| | Klamm, Ayden | Omission | 28.10 | 0.00 |
| | Shenkenberg, Ryan | | 0.00 | 0.00 |
| | Burgan, Ethan | | 0.00 | 0.00 |
| | Villa, Kadin | Omission | 14.30 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 352.34 | 4006.11 | 801.22 | 480.73 | 5288.06 |
| Pension | 11.75 | 352.34 | 4140.00 | 207.00 | 496.80 | 4843.80 |
| Education | 1.85 | 352.34 | 651.83 | 32.59 | 78.22 | 762.64 |
| IDF(Local) | 1.83 | 352.34 | 644.78 | | | 644.78 |
| IDF(Contractor) | 0.05 | 352.34 | 17.62 | | | 17.62 |
| Vacation | 0.00 | 352.34 | 0.00 | | | 0.00 |
| Dues | 1.70 | 352.34 | 598.98 | | | 598.98 |
| Sup.Def. Contr. | 0.50 | 352.34 | 176.17 | 35.23 | 21.14 | 232.54 |
| | 0.00 | 352.34 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 352.34 | 0.00 | | | 0.00 |
| | 0.00 | 352.34 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 10235.49 | 1076.04 | 1076.89 | 12388.42 |

Case 2:25-cv-00744-SCD     Filed 06/12/26     Page 10 of 25     Document 22-2

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

| Employer: | Mechanical Masters, Inc. | | Work Mo: | March '24 | |
|---|---|---|---|---|---|
| Address: | 312 S. Beaumont Ave. | | Local # | 118 | L/D: 1 |
| | Kansasville, WI 53139 | | | | ?of Months Int: 9 |
| | | | | | Auditor: RR |

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| | Lonergan, Evan | | 0.00 | 0.00 |
| | Hartman, Jessica | | 0.00 | 0.00 |
| | Jorgenson, James | Omission | 94.89 | 0.00 |
| | Shenkenberg, Jack | Omission | 87.83 | 0.00 |
| | Shenkenberg, Owen | Omission | 82.62 | 0.00 |
| | Klamm, Ayden | Omission | 2.45 | 0.00 |
| | Shenkenberg, Ryan | | 0.00 | 0.00 |
| | Burgan, Ethan | | 0.00 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 267.79 | 3044.77 | 608.95 | 411.04 | 4064.76 |
| Pension | 11.75 | 267.79 | 3146.53 | 157.33 | 424.78 | 3728.64 |
| Education | 1.85 | 267.79 | 495.41 | 24.77 | 66.88 | 587.06 |
| IDF(Local) | 1.83 | 267.79 | 490.06 | | | 490.06 |
| IDF(Contractor) | 0.05 | 267.79 | 13.39 | | | 13.39 |
| Vacation | 0.00 | 267.79 | 0.00 | | | 0.00 |
| Dues | 1.70 | 267.79 | 455.24 | | | 455.24 |
| Sup.Def. Contr. | 0.50 | 267.79 | 133.90 | 26.78 | 18.08 | 178.76 |
| | 0.00 | 267.79 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 267.79 | 0.00 | | | 0.00 |
| | 0.00 | 267.79 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 7779.30 | 817.83 | 920.78 | 9517.91 |

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.  
Address: 312 S. Beaumont Ave.  
Kansasville, WI 53139

Work Mo: February '24  
Local # 118  
L/D: 1  
of Months Int: 10  
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| | Lonergan, Evan | | 0.00 | 0.00 |
| | Hartman, Jessica | | 0.00 | 0.00 |
| | Jorgenson, James | Omission | 94.89 | 0.00 |
| | Shenkenberg, Jack | Omission | 87.83 | 0.00 |
| | Shenkenberg, Owen | Omission | 82.62 | 0.00 |
| | Klamm, Ayden | Omission | 2.45 | 0.00 |
| | Shenkenberg, Ryan | | 0.00 | 0.00 |
| | Burgan, Ethan | | 0.00 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 267.79 | 3044.77 | 608.95 | 456.72 | 4110.44 |
| Pension | 11.75 | 267.79 | 3146.53 | 157.33 | 471.98 | 3775.84 |
| Education | 1.85 | 267.79 | 495.41 | 24.77 | 74.31 | 594.49 |
| IDF(Local) | 1.83 | 267.79 | 490.06 | | | 490.06 |
| IDF(Contractor) | 0.05 | 267.79 | 13.39 | | | 13.39 |
| Vacation | 0.00 | 267.79 | 0.00 | | | 0.00 |
| Dues | 1.70 | 267.79 | 455.24 | | | 455.24 |
| Sup.Def. Contr. | 0.50 | 267.79 | 133.90 | 26.78 | 20.09 | 180.77 |
| | 0.00 | 267.79 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 267.79 | 0.00 | | | 0.00 |
| | 0.00 | 267.79 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 7779.30 | 817.83 | 1023.10 | 9620.23 |

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.　　　Work Mo:　January '24
Address: 312 S. Beaumont Ave.　　　Local #　118　　　L/D: 1
Kansasville, WI 53139　　　　　　　　　　　　of Months Int: 11
　　　　　　　　　　　　　　　　　　　　　　　　Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| | Lonergan, Evan | | 0.00 | 0.00 |
| | Hartman, Jessica | | 0.00 | 0.00 |
| | Jorgenson, James | Omission | 94.89 | 0.00 |
| | Shenkenberg, Jack | Omission | 87.83 | 0.00 |
| | Shenkenberg, Owen | Omission | 82.62 | 0.00 |
| | Klamm, Ayden | Omission | 2.45 | 0.00 |
| | Shenkenberg, Ryan | | 0.00 | 0.00 |
| | Burgan, Ethan | | 0.00 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 267.79 | 3044.77 | 608.95 | 502.39 | 4156.11 |
| Pension | 11.75 | 267.79 | 3146.53 | 157.33 | 519.18 | 3823.04 |
| Education | 1.85 | 267.79 | 495.41 | 24.77 | 81.74 | 601.92 |
| IDF(Local) | 1.83 | 267.79 | 490.06 | | | 490.06 |
| IDF(Contractor) | 0.05 | 267.79 | 13.39 | | | 13.39 |
| Vacation | 0.00 | 267.79 | 0.00 | | | 0.00 |
| Dues | 1.70 | 267.79 | 455.24 | | | 455.24 |
| Sup.Def. Contr. | 0.50 | 267.79 | 133.90 | 26.78 | 22.09 | 182.77 |
| | 0.00 | 267.79 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 267.79 | 0.00 | | | 0.00 |
| | 0.00 | 267.79 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 7779.30 | 817.83 | 1125.40 | 9722.53 |

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.  
Address: 312 S. Beaumont Ave.  
Kansasville, WI 53139

Work Mo: December '23  
Local # 118      L/D: 1  
¹of Months Int: 12  
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| | Serak, Samantha | | 0.00 | 0.00 |
| | Hartman, Jessica | | 0.00 | 0.00 |
| | Jorgenson, James | Omission | 85.84 | 0.00 |
| | Shenkenberg, Jack | Omission | 104.11 | 0.00 |
| | Shenkenberg, Owen | Omission | 105.79 | 0.00 |
| | Wade, Brenda | | 0.00 | 0.00 |
| | Shenkenberg, Ryan | | 0.00 | 0.00 |
| | Burgan, Ethan | | 0.00 | 0.00 |
| | Wietrzak, Francis | | 0.00 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 295.74 | 3362.56 | 672.51 | 605.26 | 4640.33 |
| Pension | 11.75 | 295.74 | 3474.95 | 173.75 | 625.49 | 4274.19 |
| Education | 1.85 | 295.74 | 547.12 | 27.36 | 98.48 | 672.96 |
| IDF(Local) | 1.83 | 295.74 | 541.20 | | | 541.20 |
| IDF(Contractor) | 0.05 | 295.74 | 14.79 | | | 14.79 |
| Vacation | 0.00 | 295.74 | 0.00 | | | 0.00 |
| Dues | 1.70 | 295.74 | 502.76 | | | 502.76 |
| Sup.Def. Contr. | 0.50 | 295.74 | 147.87 | 29.57 | 26.62 | 204.06 |
| | 0.00 | 295.74 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 295.74 | 0.00 | | | 0.00 |
| | 0.00 | 295.74 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 8591.25 | 903.19 | 1355.85 | 10850.29 |

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.　　　　Work Mo:　November '23
Address: 312 S. Beaumont Ave.　　　　　　Local #　118　　　　　L/D: 1
Kansasville, WI 53139　　　　　　　　　　　of Months Int: 13
　　　　　　　　　　　　　　　　　　　　　　　　　Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| | Serak, Samantha | | 0.00 | 0.00 |
| | Hartman, Jessica | | 0.00 | 0.00 |
| | Jorgenson, James | Omission | 85.84 | 0.00 |
| | Shenkenberg, Jack | Omission | 104.11 | 0.00 |
| | Shenkenberg, Owen | Omission | 105.79 | 0.00 |
| | Wade, Brenda | | 0.00 | 0.00 |
| | Shenkenberg, Ryan | | 0.00 | 0.00 |
| | Burgan, Ethan | | 0.00 | 0.00 |
| | Wietrzak, Francis | | 0.00 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 295.74 | 3362.56 | 672.51 | 655.70 | 4690.77 |
| Pension | 11.75 | 295.74 | 3474.95 | 173.75 | 677.62 | 4326.32 |
| Education | 1.85 | 295.74 | 547.12 | 27.36 | 106.69 | 681.17 |
| IDF(Local) | 1.83 | 295.74 | 541.20 | | | 541.20 |
| IDF(Contractor) | 0.05 | 295.74 | 14.79 | | | 14.79 |
| Vacation | 0.00 | 295.74 | 0.00 | | | 0.00 |
| Dues | 1.70 | 295.74 | 502.76 | | | 502.76 |
| Sup.Def. Contr. | 0.50 | 295.74 | 147.87 | 29.57 | 28.83 | 206.27 |
| | 0.00 | 295.74 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 295.74 | 0.00 | | | 0.00 |
| | 0.00 | 295.74 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 8591.25 | 903.19 | 1468.84 | 10963.28 |

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.  
Address: 312 S. Beaumont Ave.  
Kansasville, WI 53139

Work Mo: October '23  
Local # 118  
L/D: 1  
of Months Int: 14  
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| | Serak, Samantha | | 0.00 | 0.00 |
| | Hartman, Jessica | | 0.00 | 0.00 |
| | Jorgenson, James | Omission | 85.84 | 0.00 |
| | Shenkenberg, Jack | Omission | 104.11 | 0.00 |
| | Shenkenberg, Owen | Omission | 105.79 | 0.00 |
| | Wade, Brenda | | 0.00 | 0.00 |
| | Shenkenberg, Ryan | | 0.00 | 0.00 |
| | Burgan, Ethan | | 0.00 | 0.00 |
| | Wietrzak, Francis | | 0.00 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 295.74 | 3362.56 | 672.51 | 706.14 | 4741.21 |
| Pension | 11.75 | 295.74 | 3474.95 | 173.75 | 729.74 | 4378.44 |
| Education | 1.85 | 295.74 | 547.12 | 27.36 | 114.90 | 689.38 |
| IDF(Local) | 1.83 | 295.74 | 541.20 | | | 541.20 |
| IDF(Contractor) | 0.05 | 295.74 | 14.79 | | | 14.79 |
| Vacation | 0.00 | 295.74 | 0.00 | | | 0.00 |
| Dues | 1.70 | 295.74 | 502.76 | | | 502.76 |
| Sup.Def. Contr. | 0.50 | 295.74 | 147.87 | 29.57 | 31.05 | 208.49 |
| | 0.00 | 295.74 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 295.74 | 0.00 | | | 0.00 |
| | 0.00 | 295.74 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | Totals: | | 8591.25 | 903.19 | 1581.83 | 11076.27 |

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.  
Address: 312 S. Beaumont Ave.  
Kansasville, WI 53139

Work Mo: September '23  
Local # 118   L/D: 1  
of Months Int: 15  
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| | Serak, Samantha | | 0.00 | 0.00 |
| | Hamilton, Stacey | | 0.00 | 0.00 |
| | Jorgenson, James | Omission | 100.38 | 0.00 |
| | Shenkenberg, Jack | Omission | 94.27 | 0.00 |
| | Shenkenberg, Owen | Omission | 97.51 | 0.00 |
| | Wade, Brenda | | 0.00 | 0.00 |
| | Shenkenberg, Ryan | | 0.00 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 292.16 | 3321.86 | 664.37 | 747.42 | 4733.65 |
| Pension | 11.75 | 292.16 | 3432.88 | 171.64 | 772.40 | 4376.92 |
| Education | 1.85 | 292.16 | 540.50 | 27.03 | 121.61 | 689.14 |
| IDF(Local) | 1.83 | 292.16 | 534.65 | | | 534.65 |
| IDF(Contractor) | 0.05 | 292.16 | 14.61 | | | 14.61 |
| Vacation | 0.00 | 292.16 | 0.00 | | | 0.00 |
| Dues | 1.70 | 292.16 | 496.67 | | | 496.67 |
| Sup.Def. Contr. | 0.50 | 292.16 | 146.08 | 29.22 | 32.87 | 208.17 |
| | 0.00 | 292.16 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 292.16 | 0.00 | | | 0.00 |
| | 0.00 | 292.16 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 8487.25 | 892.26 | 1674.30 | 11053.81 |

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.  Work Mo: August '23
Address: 312 S. Beaumont Ave.  Local # 118  L/D: 1
Kansasville, WI 53139  of Months Int: 16
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| | Serak, Samantha | | 0.00 | 0.00 |
| | Hamilton, Stacey | | 0.00 | 0.00 |
| | Jorgenson, James | Omission | 100.38 | 0.00 |
| | Shenkenberg, Jack | Omission | 94.27 | 0.00 |
| | Shenkenberg, Owen | Omission | 97.51 | 0.00 |
| | Wade, Brenda | | 0.00 | 0.00 |
| | Shenkenberg, Ryan | | 0.00 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 292.16 | 3321.86 | 664.37 | 797.25 | 4783.48 |
| Pension | 11.75 | 292.16 | 3432.88 | 171.64 | 823.89 | 4428.41 |
| Education | 1.85 | 292.16 | 540.50 | 27.03 | 129.72 | 697.25 |
| IDF(Local) | 1.83 | 292.16 | 534.65 | | | 534.65 |
| IDF(Contractor) | 0.05 | 292.16 | 14.61 | | | 14.61 |
| Vacation | 0.00 | 292.16 | 0.00 | | | 0.00 |
| Dues | 1.70 | 292.16 | 496.67 | | | 496.67 |
| Sup.Def. Contr. | 0.50 | 292.16 | 146.08 | 29.22 | 35.06 | 210.36 |
| | 0.00 | 292.16 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 292.16 | 0.00 | | | 0.00 |
| | 0.00 | 292.16 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 8487.25 | 892.26 | 1785.92 | 11165.43 |

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.  Work Mo: July '23
Address: 312 S. Beaumont Ave.  Local # 118  L/D: 1
Kansasville, WI 53139  of Months Int: 17
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| | Serak, Samantha | | 0.00 | 0.00 |
| | Hamilton, Stacey | | 0.00 | 0.00 |
| | Jorgenson, James | Omission | 100.38 | 0.00 |
| | Shenkenberg, Jack | Omission | 94.27 | 0.00 |
| | Shenkenberg, Owen | Omission | 97.51 | 0.00 |
| | Wade, Brenda | | 0.00 | 0.00 |
| | Shenkenberg, Ryan | | 0.00 | |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 292.16 | 3321.86 | 664.37 | 847.07 | 4833.30 |
| Pension | 11.75 | 292.16 | 3432.88 | 171.64 | 875.38 | 4479.90 |
| Education | 1.85 | 292.16 | 540.50 | 27.03 | 137.83 | 705.36 |
| IDF(Local) | 1.83 | 292.16 | 534.65 | | | 534.65 |
| IDF(Contractor) | 0.05 | 292.16 | 14.61 | | | 14.61 |
| Vacation | 0.00 | 292.16 | 0.00 | | | 0.00 |
| Dues | 1.70 | 292.16 | 496.67 | | | 496.67 |
| Sup.Def. Contr. | 0.50 | 292.16 | 146.08 | 29.22 | 37.25 | 212.55 |
| | 0.00 | 292.16 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 292.16 | 0.00 | | | 0.00 |
| | 0.00 | 292.16 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 8487.25 | 892.26 | 1897.53 | 11277.04 |

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.  
Address: 312 S. Beaumont Ave.  
Kansasville, WI 53139

Work Mo: June '23  
Local # 118  L/D: 1  
of Months Int: 18  
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| | | | 0.00 | 0.00 |
| | Hamilton, Stacey | | 0.00 | 0.00 |
| | Jorgenson, James | Omission | 103.93 | 0.00 |
| | Shenkenberg, Jack | Omission | 97.86 | 0.00 |
| | Shenkenberg, Owen | Omission | 90.13 | 0.00 |
| | Wade, Brenda | | 0.00 | 0.00 |
| | Shenkenberg, Ryan | | 0.00 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.37 | 291.92 | 3319.13 | 663.83 | 896.17 | 4879.13 |
| Pension | 11.75 | 291.92 | 3430.06 | 171.50 | 926.12 | 4527.68 |
| Education | 1.85 | 291.92 | 540.05 | 27.00 | 145.81 | 712.86 |
| IDF(Local) | 1.83 | 291.92 | 534.21 | | | 534.21 |
| IDF(Contractor) | 0.05 | 291.92 | 14.60 | | | 14.60 |
| Vacation | 0.00 | 291.92 | 0.00 | | | 0.00 |
| Dues | 1.70 | 291.92 | 496.26 | | | 496.26 |
| Sup.Def. Contr. | 0.50 | 291.92 | 145.96 | 29.19 | 39.41 | 214.56 |
| | 0.00 | 291.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 291.92 | 0.00 | | | 0.00 |
| | 0.00 | 291.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 8480.27 | 891.52 | 2007.51 | 11379.30 |

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.  
Address: 312 S. Beaumont Ave.  
Kansasville, WI 53139

Work Mo: May '23  
Local # 118  
L/D: 1  
of Months Int: 19  
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k | |
|---|---|---|---|---|---|
| | | | 0.00 | 0.00 | |
| ███████ | Hamilton, Stacey | | 0.00 | 0.00 | |
| | Jorgenson, James | Omission | 103.93 | 0.00 | |
| | Shenkenberg, Jack | Omission | 97.86 | 0.00 | |
| | Shenkenberg, Owen | Omission | 90.13 | 0.00 | |
| | Wade, Brenda | | 0.00 | 0.00 | |
| | Shenkenberg, Ryan | | 0.00 | 0.00 | |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.32 | 291.92 | 3304.53 | 660.91 | 941.79 | 4907.23 |
| Pension | 11.25 | 291.92 | 3284.10 | 164.21 | 935.97 | 4384.28 |
| Education | 1.85 | 291.92 | 540.05 | 27.00 | 153.91 | 720.96 |
| IDF(Local) | 1.53 | 291.92 | 446.64 | | | 446.64 |
| IDF(Contractor) | 0.05 | 291.92 | 14.60 | | | 14.60 |
| Vacation | 1.50 | 291.92 | 437.88 | | | 437.88 |
| Dues | 1.65 | 291.92 | 481.67 | | | 481.67 |
| Sup.Def. Contr. | 0.00 | 291.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 291.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 291.92 | 0.00 | | | 0.00 |
| | 0.00 | 291.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 8509.47 | 852.12 | 2031.67 | 11393.26 |

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.  
Address: 312 S. Beaumont Ave.  
Kansasville, WI 53139

Work Mo: April '23  
Local # 118  L/D: 1  
of Months Int: 20  
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k | |
|---|---|---|---|---|---|
| | | | 0.00 | 0.00 | |
| | Hamilton, Stacey | | 0.00 | 0.00 | |
| | Jorgenson, James | Omission | 103.93 | 0.00 | |
| | Shenkenberg, Jack | Omission | 97.86 | 0.00 | |
| | Shenkenberg, Owen | Omission | 90.13 | 0.00 | |
| | Wade, Brenda | | 0.00 | 0.00 | |
| | Shenkenberg, Ryan | | 0.00 | 0.00 | |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.32 | 291.92 | 3304.53 | 660.91 | 991.36 | 4956.80 |
| Pension | 11.25 | 291.92 | 3284.10 | 164.21 | 985.23 | 4433.54 |
| Education | 1.85 | 291.92 | 540.05 | 27.00 | 162.02 | 729.07 |
| IDF(Local) | 1.53 | 291.92 | 446.64 | | | 446.64 |
| IDF(Contractor) | 0.05 | 291.92 | 14.60 | | | 14.60 |
| Vacation | 1.50 | 291.92 | 437.88 | | | 437.88 |
| Dues | 1.65 | 291.92 | 481.67 | | | 481.67 |
| Sup.Def. Contr. | 0.00 | 291.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 291.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 291.92 | 0.00 | | | 0.00 |
| | 0.00 | 291.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 8509.47 | 852.12 | 2138.61 | 11500.20 |

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.  
Address: 312 S. Beaumont Ave.  
Kansasville, WI 53139

Work Mo: March '23  
Local # 118  
of Months Int: 21

L/D: 1  
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| | Gronka, Martin | | 0.00 | 0.00 |
| | Hamilton, Stacey | | 0.00 | 0.00 |
| | Jorgenson, James | Omission | 58.67 | 0.00 |
| | Shenkenberg, Jack | Omission | 54.13 | 0.00 |
| | Shenkenberg, Owen | Omission | 58.67 | 0.00 |
| | Wade, Brenda | | 0.00 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.32 | 171.47 | 1941.04 | 388.21 | 611.43 | 2940.68 |
| Pension | 11.25 | 171.47 | 1929.04 | 96.45 | 607.65 | 2633.14 |
| Education | 1.85 | 171.47 | 317.22 | 15.86 | 99.92 | 433.00 |
| IDF(Local) | 1.53 | 171.47 | 262.35 | | | 262.35 |
| IDF(Contractor) | 0.05 | 171.47 | 8.57 | | | 8.57 |
| Vacation | 1.50 | 171.47 | 257.21 | | | 257.21 |
| Dues | 1.65 | 171.47 | 282.93 | | | 282.93 |
| Sup.Def. Contr. | 0.00 | 171.47 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 171.47 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 171.47 | 0.00 | | | 0.00 |
| | 0.00 | 171.47 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 4998.36 | 500.52 | 1319.00 | 6817.88 |

Case 2:25-cv-00744-SCD    Filed 06/12/26    Page 23 of 25    Document 22-2

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.　　Work Mo:　February '23
Address: 312 S. Beaumont Ave.　　Local #　118　　L/D: 1
Kansasville, WI 53139　　　　　　　　of Months Int: 22
　　　　　　　　　　　　　　　　　　　　Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| | Gronka, Martin | | 0.00 | 0.00 |
| | Hamilton, Stacey | | 0.00 | 0.00 |
| | Jorgenson, James | Omission | 58.67 | 0.00 |
| | Shenkenberg, Jack | Omission | 54.13 | 0.00 |
| | Shenkenberg, Owen | Omission | 58.67 | 0.00 |
| | Wade, Brenda | | 0.00 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.32 | 171.47 | 1941.04 | 388.21 | 640.54 | 2969.79 |
| Pension | 11.25 | 171.47 | 1929.04 | 96.45 | 636.58 | 2662.07 |
| Education | 1.85 | 171.47 | 317.22 | 15.86 | 104.68 | 437.76 |
| IDF(Local) | 1.53 | 171.47 | 262.35 | | | 262.35 |
| IDF(Contractor) | 0.05 | 171.47 | 8.57 | | | 8.57 |
| Vacation | 1.50 | 171.47 | 257.21 | | | 257.21 |
| Dues | 1.65 | 171.47 | 282.93 | | | 282.93 |
| Sup.Def. Contr. | 0.00 | 171.47 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 171.47 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 171.47 | 0.00 | | | 0.00 |
| | 0.00 | 171.47 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 4998.36 | 500.52 | 1381.80 | 6880.68 |

# PLUMBERS & STEAMFITTERS#118 REMITTANCE REPORT FORM - FIELD AUDIT BILLING

Employer: Mechanical Masters, Inc.
Address: 312 S. Beaumont Ave.
Kansasville, WI 53139

Work Mo: January '23
Local # 118  L/D: 1
:of Months Int: 23
Auditor: RR

| Soc. Sec. # | Employee | Discrep. | Hours | 401-k |
|---|---|---|---|---|
| ███ | Gronka, Martin | | 0.00 | 0.00 |
| | Hamilton, Stacey | | 0.00 | 0.00 |
| | Jorgenson, James | Omission | 58.67 | 0.00 |
| | Shenkenberg, Jack | Omission | 54.13 | 0.00 |
| | Shenkenberg, Owen | Omission | 58.67 | 0.00 |
| | Wade, Brenda | | 0.00 | 0.00 |

| Fund | Contr. Rate per Hr. | Total Hrs. | Contr. Amt. | L/D's | Interest | Total |
|---|---|---|---|---|---|---|
| Health | 11.32 | 171.47 | 1941.04 | 388.21 | 669.66 | 2998.91 |
| Pension | 11.25 | 171.47 | 1929.04 | 96.45 | 665.52 | 2691.01 |
| Education | 1.85 | 171.47 | 317.22 | 15.86 | 109.44 | 442.52 |
| IDF(Local) | 1.53 | 171.47 | 262.35 | | | 262.35 |
| IDF(Contractor) | 0.05 | 171.47 | 8.57 | | | 8.57 |
| Vacation | 1.50 | 171.47 | 257.21 | | | 257.21 |
| Dues | 1.65 | 171.47 | 282.93 | | | 282.93 |
| Sup.Def. Contr. | 0.00 | 171.47 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 171.47 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 171.47 | 0.00 | | | 0.00 |
| | 0.00 | 171.47 | 0.00 | 0.00 | 0.00 | 0.00 |
| 401-k | | | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Totals: | 4998.36 | 500.52 | 1444.62 | 6943.50 |