# Local 118 Plumbers & Steamfitters
### Wage Rate & Dues Schedule
### Effective June 01, 2022 to May 31, 2023

| Employer Contributions | Journeyman | Foreman | General Foreman |
|---|---|---|---|
| Base Rate | $47.50 | $51.30 | $53.20 |
| Vacation | 1.50 | 1.50 | 1.50 |
| Industry (I.D.F.) | 1.53 | 1.53 | 1.53 |
| **Taxable Rate** | **$50.53** | **$54.33** | **$56.23** |
| Pension | 11.25 | 11.25 | 11.25 |
| Health Insurance | 11.32 | 11.32 | 11.32 |
| Education | 1.85 | 1.85 | 1.85 |
| Industry (I.D.F.) | 0.05 | 0.05 | 0.05 |
| Total Package | $75.00 | $78.80 | $80.70 |
| Employees Dues deducted from wages | 1.65 | 1.65 | 1.65 |

**Apprentices/Yard & Warehouse**

| Description | 1st Year 45% | 2nd Year 55% | 3rd Year 60% | 4th Year 65% | 5th Year 75% | Yard & Warehouse 35% |
|---|---|---|---|---|---|---|
| Base Rate | $21.38 | $26.13 | $28.50 | $30.88 | $35.63 | $16.63 |
| Vacation | 0.68 | 0.83 | 0.90 | 0.98 | 1.13 | 0.00 |
| Industry (I.D.F.) | 1.53 | 1.53 | 1.53 | 1.53 | 1.53 | 0.00 |
| **Taxable Rate** | **$23.59** | **$28.49** | **$30.93** | **$33.39** | **$38.29** | **$16.63** |
| Pension | 0.00 | 11.25 | 11.25 | 11.25 | 11.25 | 0.00 |
| Health Insurance | 8.32 | 8.32 | 11.32 | 11.32 | 11.32 | 8.32** |
| Education | 1.85 | 1.85 | 1.85 | 1.85 | 1.85 | 0.00 |
| Industry (I.D.F.) | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.00 |
| Total Package | $33.81 | $49.96 | $55.40 | $57.86 | $62.76 | $24.95 |
| Employees Dues deducted from wages | 0.99 | 0.99 | 1.24 | 1.24 | 1.24 | 0.99 |

** Rate of Insurance for Yard & Warehouse at the J-Rate (currrently $8.32 per hour) for the first two (2) years of employment.  Beginning the 3rd year as Yard & Warehouse classification, the rate increases to full rate.
Dues--Y & W, 1st and 2nd yr App-60% of JM dues. 3-5th yr App--75% of JM dues

Exhibit 5

# Local 118 Plumbers & Steamfitters
## Wage Rate & Dues Schedule
### Effective June 01, 2023 to May 31, 2024

| Employer Contributions | Journeyman | Foreman | General Foreman |
|---|---|---|---|
| Base Rate | $50.50 | $54.54 | $56.56 |
| Industry (I.D.F.) | 1.83 | 1.83 | 1.83 |
| **Taxable Rate** | **$52.33** | **$56.37** | **$58.39** |
| Pension | 11.75 | 11.75 | 11.75 |
| Supplemental Defined Contribution | 0.50 | 0.50 | 0.50 |
| Health Insurance | 11.37 | 11.37 | 11.37 |
| Education | 1.85 | 1.85 | 1.85 |
| Industry (I.D.F.) | 0.05 | 0.05 | 0.05 |
| Total Package | $77.85 | $81.89 | $83.91 |
| Employees Dues deducted from wages | 1.70 | 1.70 | 1.70 |

**Apprentices/Yard & Warehouse**

| Description | Youth Apprenticeship 25% | Yard & Warehouse 35% | 1st Year 45% | 2nd Year 55% | 3rd Year 60% | 4th Year 65% | 5th Year 75% |
|---|---|---|---|---|---|---|---|
| Base Rate | $12.63 | $17.68 | $22.73 | $27.78 | $30.30 | $32.83 | $37.80 |
| Industry (I.D.F.) | 0.00 | 0.00 | 1.83 | 1.83 | 1.83 | 1.83 | 1.83 |
| **Taxable Rate** | **$12.63** | **$17.68** | **$24.56** | **$29.61** | **$32.13** | **$34.66** | **$39.63** |
| Pension | 0.00 | $0.00 | $0.00 | $11.75 | $11.75 | $11.75 | $11.75 |
| Supplemental Defined Contribution | 0.00 | 0.00 | 0.23 | 0.28 | 0.30 | 0.33 | 0.38 |
| Health Insurance | 0.00 | 8.30** | 8.30 | 8.30 | 11.37 | 11.37 | 11.37 |
| Education | 0.19 | 0.00 | 1.85 | 1.85 | 1.85 | 1.85 | 1.85 |
| Industry (I.D.F.) | 0.00 | 0.00 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 |
| Total Package | $12.82 | $25.98 | $34.99 | $51.84 | $57.45 | $60.01 | $65.03 |
| Employee Dues deducted from wages | 0.17 | 1.02 | 1.02 | 1.02 | 1.28 | 1.28 | 1.28 |

** Rate of Insurance for Yard & Warehouse at the J-Rate (currrently $8.30 per hour) for the first two (2) years of employment.  Beginning the 3rd year as Yard & Warehouse classification, the rate increases to full rate.

Dues--Y & W, 1st and 2nd yr App-60% of JM dues. 3-5th yr App--75% of JM dues

Case 2:25-cv-00744-SCD     Filed 06/12/26     Page 2 of 3     Document 22-5

# Local 118 Plumbers & Steamfitters
### Wage Rate & Dues Schedule
### Effective June 24, 2024 to May 31, 2025

| Employer Contributions | Journeyman | Foreman | General Foreman |
|---|---|---|---|
| Base Rate | $54.60 | $58.97 | $61.15 |
| Industry (I.D.F.) | 2.68 | 2.68 | 2.68 |
| **Taxable Rate** | **$57.28** | **$61.65** | **$63.83** |
| Pension | 12.25 | 12.25 | 12.25 |
| Supplemental Defined Contribution | 0.75 | 0.75 | 0.75 |
| Health Insurance | 11.37 | 11.37 | 11.37 |
| Education | 2.40 | 2.40 | 2.40 |
| Ind (I.D.F.)/LMCC | 0.55 | 0.55 | 0.55 |
| Total Package | $84.60 | $88.97 | $91.15 |
| Employees Dues deducted from wages | 1.80 | 1.80 | 1.80 |

**Apprentices/Yard & Warehouse**

| Description | Youth Apprenticeship 25% | Yard & Warehouse 35% | 1st Year 45% | 2nd Year 55% | 3rd Year 60% | 4th Year 65% | 5th Year 75% |
|---|---|---|---|---|---|---|---|
| Base Rate | $13.65 | $19.11 | $24.57 | $30.03 | $32.76 | $35.49 | $40.95 |
| Industry (I.D.F.) | 0.00 | 0.00 | 2.68 | 2.68 | 2.68 | 2.68 | 2.68 |
| **Taxable Rate** | **$13.65** | **$19.11** | **$27.25** | **$32.71** | **$35.44** | **$38.17** | **$43.63** |
| Pension | 0.00 | $0.00 | $0.00 | $12.25 | $12.25 | $12.25 | $12.25 |
| Supplemental Defined Contribution | 0.00 | 0.00 | 0.34 | 0.41 | 0.45 | 0.49 | 0.56 |
| Health Insurance | 0.00 | 11.37 | 11.37 | 11.37 | 11.37 | 11.37 | 11.37 |
| Education | 0.24 | 0.00 | 2.40 | 2.40 | 2.40 | 2.40 | 2.40 |
| Industry (I.D.F.) | 0.00 | 0.00 | 0.55 | 0.55 | 0.55 | 0.55 | 0.55 |
| Total Package | $13.89 | $30.48 | $41.91 | $59.69 | $62.46 | $65.23 | $70.76 |
| Employee Dues deducted from wages | 0.20 | 1.08 | 1.08 | 1.08 | 1.35 | 1.35 | 1.35 |

Dues--Y & W, 1st and 2nd yr App-60% of JM dues. 3-5th yr App--75% of JM dues