UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

PLUMBERS AND STEAMFITTERS LOCAL 118 PENSION FUND,
PLUMBERS LOCAL 118 TRAINING FUND,
and JOSHUA BIRONG (in his capacity as Trustee),

Plaintiffs,

v.                                                          Case No. 25-cv-744

MECHANICAL MASTERS, INC.,

Defendant.

## AFFIDAVIT OF JOSHUA BIRONG

Joshua Birong, being under oath, states as follows:

1. My name is Joshua Birong. I am employed by Plumbers and Steamfitters Local Union #118 of the United Association of Journeyman & Apprentices of the Plumbing and Pipefitting Industry of the United States and Canada ("Union") as Business Manager. I make this Affidavit in support of Plaintiffs' Motion for Summary Judgment, having firsthand knowledge of, and being capable of testifying as to, all information contained in this Affidavit.

2. As Business Manager, I oversee the system of employer delinquent accounts for the Plumbers Local 118 Training Fund. I also oversee the Union's accounting of working dues paid by members of the Union.

3. I have reviewed the calculation of delinquencies owed by the defendant in this matter, Mechanical Masters, Inc., for the period January 1, 2023, through November 30, 2024.

1

4.      Mechanical Masters, Inc. has not made any payments toward the outstanding delinquencies owed to the Plumbers Local 118 Training Fund for the period January 1, 2023, through November 30, 2024, so that the following remains owed to the Training Fund:

| Cont. | Int. | Liq. Dmgs. | Total |
| --- | --- | --- | --- |
| $15,331.31 | $2,190.53 | $741.09 | $18,262.93 |

5.      Attached as Exhibit 1 to this affidavit is a summary of contributions received by the Plumbers Local 118 Training Fund from Mechanical Masters, Inc. between January 1, 2023, and May 31, 2026.

6.      Attached as Exhibit 2 to this affidavit are the Plumbers and Steamfitters Local 118 Wage Rate Sheets effective between June 1, 2022, and May 31, 2025. The wage rates generally change annually, becoming effective on June 1st of a given year. Between June 1, 2022 and May 31, 2024, signatory contractors were required to pay $1.85 to the Training Fund per hour of covered work performed by their Journeyman and Apprentice employees. Exhibit 2, pages 1-2. Between June 24, 2024 and May 31, 2025, signatory contractors were required to pay $2.40 to the Training Fund per hour of covered work performed by their Journeyman and Apprentice employees. Exhibit 2, page 3.

7.      While Mechanical Masters, Inc. failed to pay all contributions owed to the Training Fund between January 1, 2023 and November 30, 2024, the company consistently paid contributions at the proper rate for the work months December 2022 through April 2025. Exhibit 1. For the work months June 2024 through August 2025, Mechanical Masters, Inc. paid the Training Fund inconsistently, but when they did pay,

2

the company paid contributions at the appropriate rate. *Id.*

8. Attached as <u>Exhibit 3</u> to this affidavit is a summary of working dues received by the Union from Mechanical Masters, Inc. between January 1, 2023, and November 30, 2024.

9. Attached as <u>Exhibit 4</u> to this affidavit are the Authorization for Dues Check-Off Forms for Michael Fonk, Robert Kerkman, Ayden Klamm, Patrick Konkol, Brandon Mattes, Ethan Schenning, Lucas Shenkenberg, Kadin Villa, and Scott Winkelman, each of whom was employed by Mechanical Masters, Inc. for some period between January 1, 2023 and November 30, 2024, and each being a member of the Union either as a Journeyman or Apprentice. By executing an Authorization for Dues Check-Off Form, each member authorized their current and future employers to deduct working dues owed to the Union for membership therein from their wages monthly at the rate determined by the wage rate sheets effective at the time dues are owed and pursuant to the collective bargaining agreement effective during the same period.

10. Between June 1, 2022 and May 31, 2023, Union members classified as Journeymen were required to pay $1.65 in working dues to the Union per hour of work performed. <u>Exhibit 2</u>, page 1. Between June 1, 2023 and May 31, 2024, Union members classified as Journeymen were required to pay $1.70 in working dues to the Union per hour of work performed. <u>Exhibit 2</u>, page 2. Between June 24, 2024 and May 31, 2025, Union members classified as Journeymen were required to pay $1.80 in working dues to the Union per hour of work performed. <u>Exhibit 2</u>, page 3. First and Second-year Apprentices must pay working dues at 60% of the Journeyman rate per hour of work performed. <u>Exhibit 2</u>, pages 1-3. Third, Fourth, and Fifth-year Apprentices must pay

3

working dues at 75% of the Journeyman rate per hour of work performed. *Id.*

11. Between January 1, 2023 and November 30, 2024, the Union consistently received working dues from Mechanical Masters, Inc. at the proper rate. <u>Exhibit 3</u>.

5. I have read the foregoing Affidavit and know it to be true of my own personal knowledge and belief.

AFFIANT FURTHER SAYETH NOT.

_____
Joshua Birong

Subscribed and sworn to before me
this __10__ day of June 2026.

_____
Notary Public, State of Wisconsin
My commission expires August __26__, 2026.

4