# MPR'S DETAIL BY DATE REPORT - EDUCATION
## MPR Dates : 01/01/2023 - 05/31/2026

| Employer | Period | Member | SSN | Hours | Educ |
|---|---|---|---|---|---|
| Mechanical Masters, Inc. | 12/01/23 | Fonk, Michael A | | 48.50 | 89.73 |
| Mechanical Masters, Inc. | 01/01/23 | Kerkman, Robert | | 96.00 | 177.60 |
| Mechanical Masters, Inc. | 02/01/23 | Kerkman, Robert | | 91.50 | 169.28 |
| Mechanical Masters, Inc. | 03/01/23 | Kerkman, Robert | | 143.50 | 265.48 |
| Mechanical Masters, Inc. | 04/01/23 | Kerkman, Robert | | 95.50 | 176.68 |
| Mechanical Masters, Inc. | 05/01/23 | Kerkman, Robert | | 142.00 | 262.70 |
| Mechanical Masters, Inc. | 06/01/23 | Kerkman, Robert | | 135.00 | 249.75 |
| Mechanical Masters, Inc. | 07/01/23 | Kerkman, Robert | | 122.00 | 225.70 |
| Mechanical Masters, Inc. | 08/01/23 | Kerkman, Robert | | 111.00 | 205.35 |
| Mechanical Masters, Inc. | 09/01/23 | Kerkman, Robert | | 81.00 | 149.85 |
| Mechanical Masters, Inc. | 09/01/24 | Klamm, Aydan C | | 112.50 | 270.00 |
| Mechanical Masters, Inc. | 10/01/24 | Klamm, Aydan C | | 166.50 | 399.60 |
| Mechanical Masters, Inc. | 11/01/24 | Klamm, Aydan C | | 151.00 | 513.40 |
| Mechanical Masters, Inc. | 12/01/24 | Klamm, Aydan C | | 157.50 | 378.00 |
| Mechanical Masters, Inc. | 01/01/25 | Klamm, Aydan C | | 144.50 | 346.80 |
| Mechanical Masters, Inc. | 02/01/25 | Klamm, Aydan C | | 148.50 | 356.40 |
| Mechanical Masters, Inc. | 03/01/25 | Klamm, Aydan C | | 148.50 | 356.40 |
| Mechanical Masters, Inc. | 04/01/25 | Klamm, Aydan C | | 148.00 | 355.20 |
| Mechanical Masters, Inc. | 11/01/23 | Konkol, Patrick A | | 69.00 | 127.65 |
| Mechanical Masters, Inc. | 12/01/23 | Konkol, Patrick A | | 130.00 | 240.50 |
| Mechanical Masters, Inc. | 01/01/24 | Konkol, Patrick A | | 10.50 | 19.43 |
| Mechanical Masters, Inc. | 12/01/23 | Mattes, Brandon J | | 111.00 | 205.35 |
| Mechanical Masters, Inc. | 01/01/24 | Mattes, Brandon J | | 137.50 | 254.38 |
| Mechanical Masters, Inc. | 02/01/24 | Mattes, Brandon J | | 130.00 | 240.50 |
| Mechanical Masters, Inc. | 03/01/24 | Mattes, Brandon J | | 163.50 | 302.48 |
| Mechanical Masters, Inc. | 04/01/24 | Mattes, Brandon J | | 125.50 | 232.18 |
| Mechanical Masters, Inc. | 05/01/24 | Mattes, Brandon J | | 16.00 | 29.60 |
| Mechanical Masters, Inc. | 01/01/23 | Schenning, Ethan | | 124.50 | 230.33 |
| Mechanical Masters, Inc. | 02/01/23 | Schenning, Ethan | | 112.00 | 207.20 |
| Mechanical Masters, Inc. | 03/01/23 | Schenning, Ethan | | 154.00 | 284.90 |
| Mechanical Masters, Inc. | 04/01/23 | Schenning, Ethan | | 136.50 | 252.53 |
| Mechanical Masters, Inc. | 05/01/23 | Schenning, Ethan | | 124.00 | 229.40 |
| Mechanical Masters, Inc. | 06/01/23 | Schenning, Ethan | | 168.50 | 311.73 |
| Mechanical Masters, Inc. | 07/01/23 | Schenning, Ethan | | 149.00 | 275.65 |
| Mechanical Masters, Inc. | 08/01/23 | Schenning, Ethan | | 133.50 | 246.98 |
| Mechanical Masters, Inc. | 09/01/23 | Schenning, Ethan | | 174.00 | 321.90 |
| Mechanical Masters, Inc. | 10/01/23 | Schenning, Ethan | | 119.50 | 221.08 |
| Mechanical Masters, Inc. | 11/01/23 | Schenning, Ethan | | 164.50 | 304.33 |
| Mechanical Masters, Inc. | 12/01/23 | Schenning, Ethan | | 153.50 | 283.98 |
| Mechanical Masters, Inc. | 01/01/24 | Schenning, Ethan | | 134.00 | 247.90 |
| Mechanical Masters, Inc. | 02/01/24 | Schenning, Ethan | | 94.50 | 174.83 |
| Mechanical Masters, Inc. | 01/01/23 | Shenkenberg, Lucas | | 91.00 | 168.35 |
| Mechanical Masters, Inc. | 02/01/23 | Shenkenberg, Lucas | | 16.00 | 29.60 |
| Mechanical Masters, Inc. | 07/01/23 | Shenkenberg, Lucas | | 64.50 | 119.33 |
| Mechanical Masters, Inc. | 08/01/23 | Shenkenberg, Lucas | | 152.50 | 282.13 |
| Mechanical Masters, Inc. | 09/01/23 | Shenkenberg, Lucas | | 165.50 | 306.18 |
| Mechanical Masters, Inc. | 10/01/23 | Shenkenberg, Lucas | | 184.00 | 340.40 |
| Mechanical Masters, Inc. | 11/01/23 | Shenkenberg, Lucas | | 193.50 | 357.98 |
| Mechanical Masters, Inc. | 12/01/23 | Shenkenberg, Lucas | | 150.00 | 277.50 |
| Mechanical Masters, Inc. | 01/01/24 | Shenkenberg, Lucas | | 120.00 | 222.00 |
| Mechanical Masters, Inc. | 02/01/24 | Shenkenberg, Lucas | | 142.00 | 262.70 |
| Mechanical Masters, Inc. | 03/01/24 | Shenkenberg, Lucas | | 129.00 | 238.65 |

Exhibit 1

# MPR'S DETAIL BY DATE REPORT - EDUCATION

## MPR Dates : 01/01/2023 - 05/31/2026

| Employer | Period | Member | SSN | Hours | Educ |
|---|---|---|---|---|---|
| Mechanical Masters, Inc. | 04/01/24 | Shenkenberg, Lucas | ▮ | 108.50 | 200.73 |
| Mechanical Masters, Inc. | 05/01/24 | Shenkenberg, Lucas | ▮ | 223.00 | 412.55 |
| Mechanical Masters, Inc. | 06/01/24 | Shenkenberg, Lucas | ▮ | 180.50 | 333.94 |
| Mechanical Masters, Inc. | 07/01/24 | Shenkenberg, Lucas | ▮ | 144.50 | 346.80 |
| Mechanical Masters, Inc. | 08/01/24 | Shenkenberg, Lucas | ▮ | 147.50 | 501.50 |
| Mechanical Masters, Inc. | 09/01/24 | Shenkenberg, Lucas | ▮ | 116.50 | 279.60 |
| Mechanical Masters, Inc. | 10/01/24 | Shenkenberg, Lucas | ▮ | 121.50 | 291.60 |
| Mechanical Masters, Inc. | 11/01/24 | Shenkenberg, Lucas | ▮ | 127.75 | 434.35 |
| Mechanical Masters, Inc. | 12/01/24 | Shenkenberg, Lucas | ▮ | 140.50 | 337.20 |
| Mechanical Masters, Inc. | 09/01/24 | Villa, Kadin | ▮ | 98.50 | 236.40 |
| Mechanical Masters, Inc. | 10/01/24 | Villa, Kadin | ▮ | 161.50 | 387.60 |
| Mechanical Masters, Inc. | 11/01/24 | Villa, Kadin | ▮ | 142.00 | 482.80 |
| Mechanical Masters, Inc. | 12/01/24 | Villa, Kadin | ▮ | 147.50 | 354.00 |
| Mechanical Masters, Inc. | 01/01/25 | Villa, Kadin | ▮ | 141.50 | 339.60 |
| Mechanical Masters, Inc. | 02/01/25 | Villa, Kadin | ▮ | 150.50 | 361.20 |
| Mechanical Masters, Inc. | 03/01/25 | Villa, Kadin | ▮ | 172.00 | 412.80 |
| Mechanical Masters, Inc. | 04/01/25 | Villa, Kadin | ▮ | 167.00 | 400.80 |
| Mechanical Masters, Inc. | 01/01/23 | Winkelman, Scott E. | ▮ | 142.00 | 262.70 |
| Mechanical Masters, Inc. | 02/01/23 | Winkelman, Scott E. | ▮ | 145.00 | 268.25 |
| Mechanical Masters, Inc. | 03/01/23 | Winkelman, Scott E. | ▮ | 140.00 | 259.00 |
| Mechanical Masters, Inc. | 04/01/23 | Winkelman, Scott E. | ▮ | 141.00 | 260.85 |
| Mechanical Masters, Inc. | 05/01/23 | Winkelman, Scott E. | ▮ | 160.50 | 296.93 |
| Mechanical Masters, Inc. | 06/01/23 | Winkelman, Scott E. | ▮ | 154.00 | 284.90 |
| Mechanical Masters, Inc. | 07/01/23 | Winkelman, Scott E. | ▮ | 106.00 | 196.10 |
| Mechanical Masters, Inc. | 08/01/23 | Winkelman, Scott E. | ▮ | 159.50 | 295.08 |
| Mechanical Masters, Inc. | 09/01/23 | Winkelman, Scott E. | ▮ | 193.00 | 357.05 |
| Mechanical Masters, Inc. | 10/01/23 | Winkelman, Scott E. | ▮ | 160.00 | 296.00 |
| Mechanical Masters, Inc. | 11/01/23 | Winkelman, Scott E. | ▮ | 163.50 | 302.48 |
| Mechanical Masters, Inc. | 12/01/23 | Winkelman, Scott E. | ▮ | 154.00 | 284.90 |
| Mechanical Masters, Inc. | 01/01/24 | Winkelman, Scott E. | ▮ | 143.00 | 264.55 |
| Mechanical Masters, Inc. | 02/01/24 | Winkelman, Scott E. | ▮ | 96.50 | 178.53 |
| | | Grand Total : | | 11,034.75 | $22,718.34 |

06/08/26
06:35

MLM