# MPR'S DETAIL BY DATE REPORT - WRK DUES

## Mechanical Masters, Inc.  (MPR Dates: 01/01/2023 - 11/30/2024)

| Employer | Period | Member | SSN | Hours | Wrk Dues |
|---|---|---|---|---|---|
| Mechanical Masters, Inc. | 12/01/23 | Fonk, Michael A | | 48.50 | 82.45 |
| Mechanical Masters, Inc. | 01/01/23 | Kerkman, Robert | | 96.00 | 119.04 |
| Mechanical Masters, Inc. | 02/01/23 | Kerkman, Robert | | 91.50 | 113.46 |
| Mechanical Masters, Inc. | 03/01/23 | Kerkman, Robert | | 143.50 | 177.94 |
| Mechanical Masters, Inc. | 04/01/23 | Kerkman, Robert | | 95.50 | 118.42 |
| Mechanical Masters, Inc. | 05/01/23 | Kerkman, Robert | | 142.00 | 176.08 |
| Mechanical Masters, Inc. | 06/01/23 | Kerkman, Robert | | 135.00 | 170.68 |
| Mechanical Masters, Inc. | 07/01/23 | Kerkman, Robert | | 122.00 | 156.16 |
| Mechanical Masters, Inc. | 08/01/23 | Kerkman, Robert | | 111.00 | 142.08 |
| Mechanical Masters, Inc. | 09/01/23 | Kerkman, Robert | | 81.00 | 103.68 |
| Mechanical Masters, Inc. | 09/01/24 | Klamm, Aydan C | | 112.50 | 121.50 |
| Mechanical Masters, Inc. | 10/01/24 | Klamm, Aydan C | | 166.50 | 179.82 |
| Mechanical Masters, Inc. | 11/01/24 | Klamm, Aydan C | | 151.00 | 170.65 |
| Mechanical Masters, Inc. | 11/01/23 | Konkol, Patrick A | | 69.00 | 88.32 |
| Mechanical Masters, Inc. | 12/01/23 | Konkol, Patrick A | | 130.00 | 166.40 |
| Mechanical Masters, Inc. | 01/01/24 | Konkol, Patrick A | | 10.50 | 13.44 |
| Mechanical Masters, Inc. | 12/01/23 | Mattes, Brandon J | | 111.00 | 188.70 |
| Mechanical Masters, Inc. | 01/01/24 | Mattes, Brandon J | | 137.50 | 233.75 |
| Mechanical Masters, Inc. | 02/01/24 | Mattes, Brandon J | | 130.00 | 221.00 |
| Mechanical Masters, Inc. | 03/01/24 | Mattes, Brandon J | | 163.50 | 277.95 |
| Mechanical Masters, Inc. | 04/01/24 | Mattes, Brandon J | | 125.50 | 213.35 |
| Mechanical Masters, Inc. | 05/01/24 | Mattes, Brandon J | | 16.00 | 27.20 |
| Mechanical Masters, Inc. | 01/01/23 | Schenning, Ethan | | 124.50 | 205.43 |
| Mechanical Masters, Inc. | 02/01/23 | Schenning, Ethan | | 112.00 | 184.80 |
| Mechanical Masters, Inc. | 03/01/23 | Schenning, Ethan | | 154.00 | 254.10 |
| Mechanical Masters, Inc. | 04/01/23 | Schenning, Ethan | | 136.50 | 225.23 |
| Mechanical Masters, Inc. | 05/01/23 | Schenning, Ethan | | 124.00 | 204.60 |
| Mechanical Masters, Inc. | 06/01/23 | Schenning, Ethan | | 168.50 | 283.98 |
| Mechanical Masters, Inc. | 07/01/23 | Schenning, Ethan | | 149.00 | 253.30 |
| Mechanical Masters, Inc. | 08/01/23 | Schenning, Ethan | | 133.50 | 226.95 |
| Mechanical Masters, Inc. | 09/01/23 | Schenning, Ethan | | 174.00 | 295.80 |
| Mechanical Masters, Inc. | 10/01/23 | Schenning, Ethan | | 119.50 | 203.15 |
| Mechanical Masters, Inc. | 11/01/23 | Schenning, Ethan | | 164.50 | 279.65 |
| Mechanical Masters, Inc. | 12/01/23 | Schenning, Ethan | | 153.50 | 260.95 |
| Mechanical Masters, Inc. | 01/01/24 | Schenning, Ethan | | 134.00 | 227.80 |
| Mechanical Masters, Inc. | 02/01/24 | Schenning, Ethan | | 94.50 | 160.65 |
| Mechanical Masters, Inc. | 01/01/23 | Shenkenberg, Lucas | | 91.00 | 112.84 |
| Mechanical Masters, Inc. | 02/01/23 | Shenkenberg, Lucas | | 16.00 | 19.84 |
| Mechanical Masters, Inc. | 07/01/23 | Shenkenberg, Lucas | | 64.50 | 109.65 |
| Mechanical Masters, Inc. | 08/01/23 | Shenkenberg, Lucas | | 152.50 | 259.25 |
| Mechanical Masters, Inc. | 09/01/23 | Shenkenberg, Lucas | | 165.50 | 281.35 |
| Mechanical Masters, Inc. | 10/01/23 | Shenkenberg, Lucas | | 184.00 | 312.80 |
| Mechanical Masters, Inc. | 11/01/23 | Shenkenberg, Lucas | | 193.50 | 328.95 |
| Mechanical Masters, Inc. | 12/01/23 | Shenkenberg, Lucas | | 150.00 | 255.00 |
| Mechanical Masters, Inc. | 01/01/24 | Shenkenberg, Lucas | | 120.00 | 204.00 |
| Mechanical Masters, Inc. | 02/01/24 | Shenkenberg, Lucas | | 142.00 | 241.40 |
| Mechanical Masters, Inc. | 03/01/24 | Shenkenberg, Lucas | | 129.00 | 219.30 |
| Mechanical Masters, Inc. | 04/01/24 | Shenkenberg, Lucas | | 108.50 | 184.45 |
| Mechanical Masters, Inc. | 05/01/24 | Shenkenberg, Lucas | | 223.00 | 379.10 |
| Mechanical Masters, Inc. | 06/01/24 | Shenkenberg, Lucas | | 180.50 | 306.85 |
| Mechanical Masters, Inc. | 07/01/24 | Shenkenberg, Lucas | | 144.50 | 260.10 |
| Mechanical Masters, Inc. | 08/01/24 | Shenkenberg, Lucas | | 147.50 | 250.75 |

Exhibit 3

# MPR'S DETAIL BY DATE REPORT - WRK DUES

## Mechanical Masters, Inc.  (MPR Dates: 01/01/2023 - 11/30/2024)

| Employer | Period | Member | SSN | Hours | Wrk Dues |
|---|---|---|---|---|---|
| Mechanical Masters, Inc. | 09/01/24 | Shenkenberg, Lucas | █ | 116.50 | 209.70 |
| Mechanical Masters, Inc. | 10/01/24 | Shenkenberg, Lucas | █ | 121.50 | 218.70 |
| Mechanical Masters, Inc. | 11/01/24 | Shenkenberg, Lucas | █ | 127.75 | 240.17 |
| Mechanical Masters, Inc. | 09/01/24 | Villa, Kadin | █ | 98.50 | 106.38 |
| Mechanical Masters, Inc. | 10/01/24 | Villa, Kadin | █ | 161.50 | 174.42 |
| Mechanical Masters, Inc. | 11/01/24 | Villa, Kadin | █ | 142.00 | 160.46 |
| Mechanical Masters, Inc. | 01/01/23 | Winkelman, Scott E. | █ | 142.00 | 234.30 |
| Mechanical Masters, Inc. | 02/01/23 | Winkelman, Scott E. | █ | 145.00 | 239.25 |
| Mechanical Masters, Inc. | 03/01/23 | Winkelman, Scott E. | █ | 140.00 | 231.00 |
| Mechanical Masters, Inc. | 04/01/23 | Winkelman, Scott E. | █ | 141.00 | 232.65 |
| Mechanical Masters, Inc. | 05/01/23 | Winkelman, Scott E. | █ | 160.50 | 264.83 |
| Mechanical Masters, Inc. | 06/01/23 | Winkelman, Scott E. | █ | 154.00 | 259.18 |
| Mechanical Masters, Inc. | 07/01/23 | Winkelman, Scott E. | █ | 106.00 | 180.20 |
| Mechanical Masters, Inc. | 08/01/23 | Winkelman, Scott E. | █ | 159.50 | 271.15 |
| Mechanical Masters, Inc. | 09/01/23 | Winkelman, Scott E. | █ | 193.00 | 328.10 |
| Mechanical Masters, Inc. | 10/01/23 | Winkelman, Scott E. | █ | 160.00 | 272.00 |
| Mechanical Masters, Inc. | 11/01/23 | Winkelman, Scott E. | █ | 163.50 | 277.95 |
| Mechanical Masters, Inc. | 12/01/23 | Winkelman, Scott E. | █ | 154.00 | 261.80 |
| Mechanical Masters, Inc. | 01/01/24 | Winkelman, Scott E. | █ | 143.00 | 243.10 |
| Mechanical Masters, Inc. | 02/01/24 | Winkelman, Scott E. | █ | 96.50 | 164.05 |
| | | Grand Total : | | 9,368.75 | $14,823.48 |