

# PLUMBERS AND STEAMFITTERS

## LOCAL 118

**Kenosha, Racine &
Walworth Counties WI**

3030 - 39th Avenue Room 112
Kenosha, Wisconsin 53144-4210
(262) 654-3815 *FAX:* 654-3199
ualocal118.com



## Authorization for Dues Check-Off

I, the undersigned, hereby authorize my current and any future employer to deduct from my wages each and every week a service fee in an amount equal to the working dues of Plumbers & Steamfitters Local 118, irrespective of my local 118 membership, and direct such amounts so deducted to be turned over to the Secretary-Treasurer of Plumbers & Steamfitters Local 118 on my behalf.

This authorization and assignment shall be irrevocable for the term of the applicable contract between Plumbers & Steamfitters Local 118 and my employer or for one year, whichever is the lesser, and shall automatically renew itself for the successive yearly or contract periods thereafter, whichever is lesser, unless I give written notice to my employer and the Union at least sixty (60) days and not more than seventy-five (75) days before any periodic renewal date of this authorization and assignment of my desire to revoke same.

_____
Signature

_____MICHAEL FONK_____
Print Name

_____5/5/23_____
Date



# PLUMBERS AND STEAMFITTERS

## LOCAL 118

**Kenosha, Racine &
Walworth Counties WI**

*3030 - 39th Avenue Room* 112
*Kenosha, Wisconsin 53144-4210*
(262) 654-3815 *FAX:* 654-3199
*ualocal118.com*

### Authorization for Dues Check-Off

I, the undersigned, hereby authorize my current and any future employer to deduct from my wages each and every week a service fee in an amount equal to the working dues of Plumbers & Steamfitters Local 118, irrespective of my local 118 membership, and direct such amounts so deducted to be turned over to the Secretary-Treasurer of Plumbers & Steamfitters Local 118 on my behalf.

This authorization and assignment shall be irrevocable for the term of the applicable contract between Plumbers & Steamfitters Local 118 and my employer or for one year, whichever is the lesser, and shall automatically renew itself for the successive yearly or contract periods thereafter, whichever is lesser, unless I give written notice to my employer and the Union at least sixty (60) days and not more than seventy-five (75) days before any periodic renewal date of this authorization and assignment of my desire to revoke same.

_____
Signature

B ob Keekman
_____
Print Name

3. 11 - 26
_____
Date



# LOCAL 118

**Kenosha, Racine &
Walworth Counties WI**

Kenosha, Wisconsin 53144-421C
(262) 654-3815 *FAX:* 654-3199
*ualocal118.com*

## AUTHORIZATION CARD

The undersigned hereby authorizes Plumbers & Steamfitters Local Union 118 to represent me in collective bargaining negotiations in matters involving wages, hours and other conditions of employment.  This authorization applies to my current employer as well as all employers engaged primarily in the building and construction industry for whom I may become employed after this date.  I understand that this card may be used by the Union to obtain recognition and to conduct bargaining on my behalf with my current employer or future employers without any further authorization or proceedings.

I further authorize any of the various individual employers who are signatory to a collective bargaining agreement with Plumbers & Steamfitters Local Union 118 and by whom I may be employed during the terms of such agreement, or any renewal or extension, or any subsequent agreement to deduct from my wages and transmit monthly to the Union the amount determined by contract negotiations, and such other sum as may from time to time be determined by the membership of Plumbers and Steamfitters Local Union No. 118, for the Plumbers & Steamfitters Local Union 118 Industry Development Fund.  I do hereby certify that previous deductions from my wages were made with my knowledge and consent and do hereby ratify, authorize and assign to the Union all such deductions as of the time they were made.

This authorization shall be irrevocable for a period of one-year following the date on which it was signed or until the current collective bargaining agreement expires, whichever occurs sooner.  This authorization will automatically renew from year-to-year unless at least thirty (30) days and not more than forty-five (45) days prior to the termination of the annual renewal date I revoke this authorization by written notice to the Union and to the individual employer by whom I am employed.

Dated this __27th__ day of __September__ , 20__24__ .

__Kadin Villa__
Name (Please Print)

__Kan Vin__
Signature



# PLUMBERS AND STEAMFITTERS

## LOCAL 118

**Kenosha, Racine & Walworth Counties WI**

3030 - 39th Avenue Room 112
Kenosha, Wisconsin 53144-4210
(262) 654-3815 *FAX:* 654-3199
email address local118@bizwi.rr.com



### Authorization for Dues Check-Off

I, the undersigned, hereby authorize my current and any future employer to deduct from my wages each and every week a service fee in an amount equal to the working dues of Plumbers & Steamfitters Local 118, your respective of my local 118 membership, and direct such amounts so deducted to be turned over to the Secretary-Treasurer of Plumbers & Steamfitters Local 118 on my behalf.

This authorization and assignment shall be irrevocable for the term of the applicable contract between Plumbers & Steamfitters Local 118 and my employer or for one year, whichever is the lesser, and shall automatically renew itself for the successive yearly or contract periods thereafter, whichever is lesser, unless I give written notice to my employer and the Union at least sixty (60) days and not more than seventy-five (75) days before any periodic renewal date of this authorization and assignment of my desire to revoke same.

_____
Signature

_____
Print Name

10-13-17
_____
Date



# PLUMBERS AND STEAMFITTERS

## LOCAL 118

Kenosha, Racine &
Walworth Counties WI

3030 - 39th Avenue Room 112
Kenosha, Wisconsin 53144-4210
(262) 654-3815 FAX: 654-3199
email address local118@bizwi.rr.com



### Authorization for Dues Check-Off

I, the undersigned, hereby authorize my current and any future employer to deduct from my wages each and every week a service fee in an amount equal to the working dues of Plumbers & Steamfitters Local 118, your respective of my local 118 membership, and direct such amounts so deducted to be turned over to the Secretary-Treasurer of Plumbers & Steamfitters Local 118 on my behalf.

This authorization and assignment shall be irrevocable for the term of the applicable contract between Plumbers & Steamfitters Local 118 and my employer or for one year, whichever is the lesser, and shall automatically renew itself for the successive yearly or contract periods thereafter, whichever is lesser, unless I give written notice to my employer and the Union at least sixty (60) days and not more than seventy-five (75) days before any periodic renewal date of this authorization and assignment of my desire to revoke same.

_Pat Konkol_
**Signature**

_Patrick Konkol_
**Print Name**

_1-15-2020_
**Date**



# PLUMBERS AND STEAMFITTERS

## LOCAL 118

Kenosha, Racine &
Walworth Counties WI

3030 - 39th Avenue Room 125
Kenosha, Wisconsin 53144-4210
(262) 654-3815 FAX: 654-3199
email address local118@bizwi.rr.com



## Authorization for Dues Check-Off

I, the undersigned, hereby authorize my current and any future employer to deduct from my wages each and every week a service fee in an amount equal to the working dues of Plumbers & Steamfitters Local 118 and direct such amounts so deducted to be turned over to the Secretary-Treasurer of Plumbers & Steamfitters Local 118 on my behalf.

This authorization and assignment shall be irrevocable for the term of the applicable contract between Plumbers & Steamfitters Local 118 and my employer or for one year, whichever is the lesser, and shall automatically renew itself for the successive yearly or contract periods thereafter, whichever is lesser, unless I give written notice to my employer and the Union at least sixty (60) days and not more than seventy-five (75) days before any periodic renewal date of this authorization and assignment of my desire to revoke same.

_Scott Winkelman_
Signature

_Scott Winkelman_
Print Name

_5-20-16_
Date



# PLUMBERS AND STEAMFITTERS

## LOCAL 118

Kenosha, Racine &
Walworth Counties WI

3030 - 39th Avenue Room 112
Kenosha, Wisconsin 53144-4210
(262) 654-3815 *FAX:* 654-3199
*ualocal118.com*

### Authorization for Dues Check-Off

I, the undersigned, hereby authorize my current and any future employer to deduct from my wages each and every week a service fee in an amount equal to the working dues of Plumbers & Steamfitters Local 118, irrespective of my local 118 membership, and direct such amounts so deducted to be turned over to the Secretary-Treasurer of Plumbers & Steamfitters Local 118 on my behalf.

This authorization and assignment shall be irrevocable for the term of the applicable contract between Plumbers & Steamfitters Local 118 and my employer or for one year, whichever is the lesser, and shall automatically renew itself for the successive yearly or contract periods thereafter, whichever is lesser, unless I give written notice to my employer and the Union at least sixty (60) days and not more than seventy-five (75) days before any periodic renewal date of this authorization and assignment of my desire to revoke same.

_____
Signature

AYPANKWAMM
Print Name

9/30/2024
Date



# LOCAL UA 118

KENOSHA, RACINE, WALWORTH COUNTIES WI

# PLUMBERS AND STEAMFITTERS

3030 - 39th Avenue Room 125
Kenosha, Wisconsin 53144-4210
(262) 654-3815  FAX: 654-3199
email address – local118@bizwi.rr.com



### Authorization for Dues Check-Off

I, the undersigned, hereby authorize my current and any future employer to deduct from my wages each and every week a service fee in an amount equal to the working dues of Plumbers & Steamfitters Local 118 and direct such amounts so deducted to be turned over to the Secretary-Treasurer of Plumbers & Steamfitters Local 118 on my behalf.

This authorization and assignment shall be irrevocable for the term of the applicable contract between Plumbers & Steamfitters Local 118 and my employer or for one year, whichever is the lesser, and shall automatically renew itself for the successive yearly or contract periods thereafter, whichever is lesser, unless I give written notice to my employer and the Union at least sixty (60) days and not more than seventy-five (75) days before any periodic renewal date of this authorization and assignment of my desire to revoke same.

_____
Signature

_Brandon J Mattes_
Print Name

_5/28/14_
Date



# PLUMBERS AND STEAMFITTERS

## LOCAL 118

Kenosha, Racine &
Walworth Counties WI

3030 - 39th Avenue Room 125
Kenosha, Wisconsin 53144-4210
(262) 654-3815 FAX: 654-3199
email address local118@bizwi.rr.com



## Authorization for Dues Check-Off

I, the undersigned, hereby authorize my current and any future employer to deduct from my wages each and every week a service fee in an amount equal to the working dues of Plumbers & Steamfitters Local 118 and direct such amounts so deducted to be turned over to the Secretary-Treasurer of Plumbers & Steamfitters Local 118 on my behalf.

This authorization and assignment shall be irrevocable for the term of the applicable contract between Plumbers & Steamfitters Local 118 and my employer or for one year, whichever is the lesser, and shall automatically renew itself for the successive yearly or contract periods thereafter, whichever is lesser, unless I give written notice to my employer and the Union at least sixty (60) days and not more than seventy-five (75) days before any periodic renewal date of this authorization and assignment of my desire to revoke same.

_Ethan Schenning_
Signature

_Ethan Schenning_
Print Name

_8-15-14_
Date