UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

PLUMBERS AND STEAMFITTERS LOCAL 118 PENSION FUND,
PLUMBERS LOCAL 118 TRAINING FUND,
and JOSHUA BIRONG (in his capacity as Trustee),

**Plaintiffs,**

v.                                                    **Case No. 25-cv-744**

MECHANICAL MASTERS, INC.,

**Defendant.**

---

## AFFIDAVIT OF CINDY BALISTRIERE

---

Cindy Balistriere, being under oath, states as follows:

1.       My name is Cindy Balistriere. I am employed by Benefit Plan Administration of Wisconsin, Inc., a part of BeneSys, Inc., the third-party administrator of the Plumbers and Steamfitters Local 118 Pension Fund (hereafter the "Pension Fund") as an Administrative Specialist. I make this Affidavit in support of the Plaintiffs' Motion for Summary Judgment, having firsthand knowledge of, and being capable of testifying as to, all information contained in this Affidavit.

2.       As an Administrative Specialist, I maintain and monitor the system of employer delinquent accounts.

3.       I have reviewed the calculation of delinquencies owed by Mechanical Masters, Inc. for the period January 1, 2023 through November 30, 2024.

4.       Mechanical Masters, Inc. has made no payments toward audited delinquencies owed to the Pension Fund for the period January 1, 2023 through

1

November 30, 2024.

5.  Because Mechanical Masters, Inc. has made no payments toward delinquencies owed for the period January 1, 2023 through November 30, 2024, the following remains owed for that period:

| Cont. | Int. | Liq. Dmgs. | Total |
|---|---|---|---|
| $89,096.46 | $13,323.72 | $4,292.99 | $106,713.17 |

6.  Attached as Exhibit 1 to this affidavit is a summary of contributions received by the Pension Fund from Mechanical Masters, Inc. between January 1, 2023 and September 29, 2025.

7.  Attached as Exhibit 2 to this affidavit are the Plumbers and Steamfitters Local 118 Wage Rate Sheets effective between June 1, 2022, and May 31, 2025. The wage rates generally change annually, becoming effective on June 1st of a given year. Between June 1, 2022 and May 31, 2023, signatory contractors were required to pay $11.25 to the Pension Fund per hour of covered work performed by their Journeyman employees. Exhibit 2, page 2. Between June 1, 2023 and May 31, 2024, signatory contractors were required to pay $11.75 to the Pension Fund per hour of covered work performed by their Journeyman employees. Exhibit 2, page 2. Between June 1, 2024 and May 31, 2025, signatory contractors were required to pay $12.25 to the Pension Fund per hour of covered work performed by their Journeyman employees. Exhibit 2, page 3.

8.  While Mechanical Masters, Inc. failed to pay all contributions owed to the Pension Fund between January 1, 2023 and November 30, 2024, when the company did pay, they paid monthly contributions at the proper rate according to the wage rate

2

sheets in effect for a given work month. <u>Exhibit 1</u>.

AFFIANT FURTHER SAYETH NOT.

_Cindy Balistriere_
Cindy Balistriere

Subscribed and sworn to before me
this ⊥⊥ day of June 2026.

Notary Public, State of Wisconsin
My commission expires ___8/24/2028___.

3