| Last Name | First Name | Local | Employer Name | Fund | Hours | Rate | Amount | Received Date | Work Period | Refno |
|---|---|---|---|---|---|---|---|---|---|---|
| KERKMAN | ROBERT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 107 | 11.25 | 1203.75 | 1/19/2023 | 202212 | MQ0758 |
| SCHENNING | ETHAN | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 137.5 | 11.25 | 1546.88 | 1/19/2023 | 202212 | MQ0758 |
| SHENKENBERG | LUCAS | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 160.5 | 11.25 | 1805.62 | 1/19/2023 | 202212 | MQ0758 |
| WINKELMAN | SCOTT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 158.5 | 11.25 | 1783.12 | 1/19/2023 | 202212 | MQ0758 |
| KERKMAN | ROBERT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 96 | 11.25 | 1080 | 2/15/2023 | 202301 | MQ0759 |
| SCHENNING | ETHAN | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 124.5 | 11.25 | 1400.62 | 2/15/2023 | 202301 | MQ0759 |
| SHENKENBERG | LUCAS | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 91 | 11.25 | 1023.75 | 2/15/2023 | 202301 | MQ0759 |
| WINKELMAN | SCOTT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 142 | 11.25 | 1597.5 | 2/15/2023 | 202301 | MQ0759 |
| KERKMAN | ROBERT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 91.5 | 11.25 | 1029.38 | 3/15/2023 | 202302 | MQ0760 |
| SCHENNING | ETHAN | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 112 | 11.25 | 1260 | 3/15/2023 | 202302 | MQ0760 |
| SHENKENBERG | LUCAS | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 16 | 11.25 | 180 | 3/15/2023 | 202302 | MQ0760 |
| WINKELMAN | SCOTT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 145 | 11.25 | 1631.25 | 3/15/2023 | 202302 | MQ0760 |
| KERKMAN | ROBERT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 143.5 | 11.25 | 1614.38 | 4/14/2023 | 202303 | MW5891 |
| SCHENNING | ETHAN | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 154 | 11.25 | 1732.5 | 4/14/2023 | 202303 | MW5891 |
| WINKELMAN | SCOTT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 140 | 11.25 | 1575 | 4/14/2023 | 202303 | MW5891 |
| KERKMAN | ROBERT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 95.5 | 11.25 | 1074.38 | 5/12/2023 | 202304 | MW5892 |
| SCHENNING | ETHAN | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 136.5 | 11.25 | 1535.62 | 5/12/2023 | 202304 | MW5892 |
| WINKELMAN | SCOTT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 141 | 11.25 | 1586.25 | 5/12/2023 | 202304 | MW5892 |
| KERKMAN | ROBERT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 142 | 11.25 | 1597.5 | 6/13/2023 | 202305 | MW5893 |
| SCHENNING | ETHAN | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 124 | 11.25 | 1395 | 6/13/2023 | 202305 | MW5893 |
| WINKELMAN | SCOTT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 160.5 | 11.25 | 1805.62 | 6/13/2023 | 202305 | MW5893 |
| KERKMAN | ROBERT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 53 | 11.25 | 596.25 | 7/17/2023 | 202306 | NK7061 |
| KERKMAN | ROBERT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 82 | 11.75 | 963.5 | 7/17/2023 | 202306 | NL3715 |
| SCHENNING | ETHAN | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 49.5 | 11.25 | 556.88 | 7/17/2023 | 202306 | NK7061 |
| SCHENNING | ETHAN | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 119 | 11.75 | 1398.25 | 7/17/2023 | 202306 | NL3715 |
| WINKELMAN | SCOTT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 52.5 | 11.25 | 590.62 | 7/17/2023 | 202306 | NK7061 |
| WINKELMAN | SCOTT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 101.5 | 11.75 | 1192.62 | 7/17/2023 | 202306 | NL3715 |
| KERKMAN | ROBERT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 122 | 11.75 | 1433.5 | 8/16/2023 | 202307 | NK7062 |
| SCHENNING | ETHAN | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 149 | 11.75 | 1750.75 | 8/16/2023 | 202307 | NK7062 |
| SHENKENBERG | LUCAS | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 64.5 | 11.75 | 757.88 | 8/16/2023 | 202307 | NK7062 |
| WINKELMAN | SCOTT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 106 | 11.75 | 1245.5 | 8/16/2023 | 202307 | NK7062 |
| KERKMAN | ROBERT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 111 | 11.75 | 1304.25 | 9/15/2023 | 202308 | NK7063 |
| SCHENNING | ETHAN | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 133.5 | 11.75 | 1568.62 | 9/15/2023 | 202308 | NK7063 |
| SHENKENBERG | LUCAS | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 152.5 | 11.75 | 1791.88 | 9/15/2023 | 202308 | NK7063 |
| WINKELMAN | SCOTT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 159.5 | 11.75 | 1874.12 | 9/15/2023 | 202308 | NK7063 |
| SCHENNING | ETHAN | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 174 | 11.75 | 2044.5 | 10/16/2023 | 202309 | NK7064 |
| SHENKENBERG | LUCAS | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 165.5 | 11.75 | 1944.62 | 10/16/2023 | 202309 | NK7064 |
| WINKELMAN | SCOTT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 193 | 11.75 | 2267.75 | 10/16/2023 | 202309 | NK7064 |
| KERKMAN | ROBERT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 81 | 11.75 | 951.75 | 10/19/2023 | 202309 | NK7444 |
| SCHENNING | ETHAN | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 119.5 | 11.75 | 1404.12 | 11/15/2023 | 202310 | NK7065 |
| SHENKENBERG | LUCAS | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 184 | 11.75 | 2162 | 11/15/2023 | 202310 | NK7065 |
| WINKELMAN | SCOTT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 160 | 11.75 | 1880 | 11/15/2023 | 202310 | NK7065 |
| KONKOL | PATRICK | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 62.5 | 11.75 | 734.38 | 12/15/2023 | 202311 | NN2767 |
| SCHENNING | ETHAN | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 151 | 11.75 | 1774.25 | 12/15/2023 | 202311 | NN2767 |
| SHENKENBERG | LUCAS | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 176.5 | 11.75 | 2073.88 | 12/15/2023 | 202311 | NN2767 |
| WINKELMAN | SCOTT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 144 | 11.75 | 1692 | 12/15/2023 | 202311 | NN2767 |
| FONK | MICHAEL | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 48.5 | 11.75 | 569.88 | 1/16/2024 | 202312 | NN2768 |
| KONKOL | PATRICK | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 130 | 11.75 | 1527.5 | 1/16/2024 | 202312 | NN2768 |
| MATTES | BRANDON | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 104.5 | 11.75 | 1227.88 | 1/16/2024 | 202312 | NN2768 |
| SCHENNING | ETHAN | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 153.5 | 11.75 | 1803.62 | 1/16/2024 | 202312 | NN2768 |
| SHENKENBERG | LUCAS | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 150 | 11.75 | 1762.5 | 1/16/2024 | 202312 | NN2768 |
| WINKELMAN | SCOTT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 154 | 11.75 | 1809.5 | 1/16/2024 | 202312 | NN2768 |
| KONKOL | PATRICK | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 10.5 | 11.75 | 123.38 | 2/15/2024 | 202401 | NN2769 |
| MATTES | BRANDON | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 137.5 | 11.75 | 1615.62 | 2/15/2024 | 202401 | NN2769 |
| SCHENNING | ETHAN | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 134 | 11.75 | 1574.5 | 2/15/2024 | 202401 | NN2769 |
| SHENKENBERG | LUCAS | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 120 | 11.75 | 1410 | 2/15/2024 | 202401 | NN2769 |
| WINKELMAN | SCOTT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 143 | 11.75 | 1680.25 | 2/15/2024 | 202401 | NN2769 |
| MATTES | BRANDON | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 130 | 11.75 | 1527.5 | 5/8/2024 | 202402 | NW0770 |
| SCHENNING | ETHAN | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 94.5 | 11.75 | 1110.38 | 5/8/2024 | 202402 | NW0770 |
| SHENKENBERG | LUCAS | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 142 | 11.75 | 1668.5 | 5/8/2024 | 202402 | NW0770 |
| WINKELMAN | SCOTT | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 96.5 | 11.75 | 1133.88 | 5/8/2024 | 202402 | NW0770 |
| MATTES | BRANDON | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 163.5 | 11.75 | 1921.12 | 7/31/2024 | 202403 | NW0771 |
| SHENKENBERG | LUCAS | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 129 | 11.75 | 1515.75 | 7/31/2024 | 202403 | NW0771 |
| MATTES | BRANDON | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 125.5 | 11.75 | 1474.62 | 10/25/2024 | 202404 | NW0772 |
| SHENKENBERG | LUCAS | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 164.5 | 11.75 | 1932.88 | 10/25/2024 | 202404 | NW0772 |
| MATTES | BRANDON | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 11.75 | 11.75 | 138.06 | 11/7/2024 | 202405 | PB9891 |
| SHENKENBERG | LUCAS | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 11.75 | 11.75 | 138.06 | 11/7/2024 | 202405 | PB9891 |
| SHENKENBERG | LUCAS | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 121.5 | 12.25 | 1488.38 | 12/10/2024 | 202410 | PN5784 |

Exhibit 1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SHENKENBERG | LUCAS | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 144.5 | 12.25 | 1770.12 | 12/11/2024 | 202407 PH3437 |
| SHENKENBERG | LUCAS | 118 | MECHANICAL MASTERS INC | Local 118 Pension | 140.5 | 12.25 | 1721.12 | 1/15/2025 | 202412 PT1402 |