# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

PLUMBERS AND STEAMFITTERS LOCAL 118 PENSION FUND,
PLUMBERS LOCAL 118 TRAINING FUND,
and JOSHUA BIRONG (in his capacity as Trustee),

**Plaintiffs,**

v.                                                      Case No. 25-cv-744

MECHANICAL MASTERS, INC.,

**Defendant.**

## AFFIDAVIT OF ALEX J. STERLING IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

STATE OF WISCONSIN    )
                      ) ss
MILWAUKEE COUNTY      )

Alex J. Sterling being duly sworn on oath, deposes and says as follows:

1.      I am one of the attorneys for the Plaintiffs in the above-entitled action. I am familiar with the files, records and proceedings in this matter.

2.      Attached as Exhibit 1 to this affidavit is a true and correct copy of the United Association Local Union No. 118 2007-2013 Labor Agreement signed by William Shenkenberg, as Owner of Mechanical Masters, Inc., in June of 2007.

3.      Attached as Exhibit 2 to this affidavit is a copy of Plaintiffs' First Set of Discovery Requests dated March 25, 2026. A copy of the same was mailed to Counsel for Defendant, Attorney Todd A. Miller  Allocco, at Miller & Cahill, P.C., 20 N. Wacker Drive, Suite 3517, Chicago, IL 60606.

4.    In response to Plaintiffs' First Set of Discovery Requests, Counsel for Defendant provided Defendant's first and second set of answers to written discovery in a sister case, *Wisconsin Pipe Trades Health Fund, et al., v. Mechanical Masters, Inc.*, WIED Case No. 25-cv-618, attached as Exhibit 3 and Exhibit 4, respectively. William Shenkenberg signed an Affidavit of Completeness for each set of responses. Exhibit 3, page 7; Exhibit 4, page 5.

5.    The auditor for the Plaintiff Funds, Randy Rosenmerkel, referenced the answers provided by William Shenkenberg in Exhibit 3 and Exhibit 4 to revise the Supplemental Audit Billing for the period January 1, 2023 through November 30, 2024 he created based on a limited review of Mechanical Masters, Inc.'s books and records.

6.    Plaintiffs' attorney fees as of June 12, 2026, are $7,507.50. Those fees consist of client conferences; drafting correspondence to the Defendant; drafting, filing and serving of the summons and complaint; drafting, reviewing audit and contractual documents; preparing all default papers and accompanying affidavits; drafting discovery requests; legal research; reviewing discovery responses; and preparing motion for summary judgment and accompanying filings. A copy of the computer printouts itemizing attorney fees are attached and labeled as Exhibit 5.

7. Plaintiffs' costs of prosecution as of June 12, 2026, are $480.00. Those include filing fees to commence this court action and fees for service of process. A copy of the computer printout itemizing costs of prosecution advanced is attached and labeled as Exhibit 6.

Alex J. Sterling

Subscribed and sworn to before me
this 12th day of June, 2026.

Notary Public, State of Wisconsin
My commission is permanent.



3

