Exhibit 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

---

**PLUMBERS AND STEAMFITTERS**
**LOCAL 118 PENSION FUND, et al.,**

    **Plaintiffs,**

 **v.**            **Case No. 25-cv-744**

**MECHANICAL MASTERS INC.,**

    **Defendant.**

---

**PLAINTIFFS' FIRST SET OF INTERROGATORIES AND**
**REQUESTS FOR PRODUCTION OF DOCUMENTS**

---

TO: Mechanical Masters Inc.
   c/o Attorney Todd A. Miller
   Allocco, Miller & Cahill
   20 N. Wacker Drive, Suite 3517
   Chicago, Illinois 60606

The Plaintiffs hereby request that the Defendant, Mechanical Masters Inc. ("Mechanical Masters"), answer the following Interrogatories and Requests for Production of Documents, under oath, within thirty (30) days of the time service is made upon you, in accordance with Rules 33 and 34 of the Fed. R. Civ. P. For purposes of these discovery requests, the following terms are used with the indicated meanings:

**DEFINITIONS**

1. **You** or **Your.** The term "you" or "your" refers to the Defendant, Mechanical Masters.

2. **Document.** The term "document" is defined to include writings, drawings, graphs, charts, photographs and other data compilations, and includes electronic or digital recordings from which information can be obtained, translated, if necessary, by the respondent through detection devices into reasonably usable form. Note that a draft or non-identical copy is a separate document within the meaning of this term.

3. **Person**. The term "person" means any natural person, sole proprietor, corporation, partnership, joint venture or any other form of business entity, and includes any employee or agent thereof.

4. **Identify.**

   (a) **With respect to Persons.** When referring to a person, "to identify" means to state:

   (i) the person's full name and their relationship to any party;

   (ii) the person's present or last known home address, business address, home, business, and cellular telephone numbers; and

   When referring to a natural person, additionally state:

   (iii) the present or last known place of employment;

   (iv) the person's title and duties during such employment;

   (v) when and whether such person was ever employed by Mechanical Masters; and

   (vi) the person's title and duties during any such employment

-2-

with Mechanical Masters.

Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

(b)     **With Respect to Documents.** When referring to documents, "to identify" means to state:

(i) the type of document;

(ii) the general subject matter of the document;

(iii) the date of the document; and

(iv) author(s), addressee(s), and recipient(s).

5.     "**Mechanical Masters**" This term refers to the defendant in this action, whether now operating under another or a similar name, and includes its officers, directors, employees, partners, corporate parent, subsidiaries, and/or affiliates.

6.     **Communications** or **communicate.** These terms mean every manner or means of disclosure, transfer, exchange, and/or transmission of information, the information transmitted, and any process by which information is transmitted, whether face to face, by telephone, mail, facsimile, personal delivery, e-mail, and/or otherwise, and shall include written communications, electronic communications, and oral communications.

## INSTRUCTIONS

Each Interrogatory should be answered separately and fully, in writing, under oath, unless it is objected to, in which even the reasons for objection must be stated in lieu of answer. An evasive or incomplete answer is deemed to be a failure to answer

under Fed. R. Civ. P. 37.

In answering each Interrogatory:

(a)     Identify by date, sender, recipient, location, and custodian, each document relied upon to formulate or corroborate the answer given or the substance of what is given in answer to these Interrogatories;

(b)     State whether the information furnished is within the personal knowledge of the person answering and, if not, identify each person known to have personal knowledge of the answer;

(c)     Identify each person who assisted or participated in preparing and/or supplying any of the information given in answer to or relied upon in preparing answers to these Interrogatories.

(d)     If you maintain that any document or record which refers to or relates to anything about these Interrogatories asked has been destroyed, set forth the content of said document, the location of any copies of said document, the date of such destruction, and the name of the person who ordered or authorized such destruction.

The Defendant is under a continuing duty to reasonably supplement responses with respect to any question directly addressed to the identity and location of persons having knowledge of discoverable matter, and the identity of each person expected to be called as a witness. Furthermore, the Defendant is under a similar duty to correct any incorrect response when later learned that a response is correct.

-4-

## INTERROGATORIES

**INTERROGATORY NO. 1:** Identify who, on behalf of Mechanical Masters, decides whether contributions are paid to the Plumbers & Steamfitters Local 118 Fringe Benefit Funds.

**INTERROGATORY NO. 2:** Explain how Mechanical Masters determined whether Mechanical Masters would remit contributions to the Plumbers & Steamfitters Local 118 Fringe Benefit Funds for hours worked by its employees between January 1, 2023 and November 30, 2024.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1:** Produce every document used in answering, or referred to in the answer to, every Interrogatory above.

**REQUEST NO. 2:** Produce all Wisconsin Unemployment Form UC101s for the first quarter of 2023 to the fourth quarter of 2025 with a complete list of Mechanical Masters' employee names and wages paid.

**REQUEST NO. 3:** Produce copies of all Federal Form W2s, W3s, 1099s, 1096s, and 941s created for Mechanical Masters between January 1, 2023 and February 28, 2026.

**REQUEST NO. 4:** Produce all contracts entered by Mechanical Masters for work performed during the period January 1, 2023 to February 28, 2026, or, in cases where no formal contract was entered into for work performed, the name, location, and duration of the project.

**REQUEST NO. 5:** Produce a complete listing of Mechanical Masters

employees during the time period January 1, 2023 to the present, including employee name, job title, description of duties as an employee of Mechanical Masters, and a detail of which projects each employee worked (location and dates).

**REQUEST NO. 6:** Produce all employee check histories indicating hours paid and wages paid from January 1, 2023 through February 28, 2026.

**REQUEST NO. 7:** Produce all remittance benefit forms and payment checks made to the Plumbers & Steamfitters Local 118 Fringe Benefit Funds by Mechanical Masters from January 1, 2023 through February 28, 2026.

**REQUEST NO. 8:** Produce all remittance benefit forms and payment checks made to the Plumbers & Steamfitters Local 118 Union by Mechanical Masters from January 1, 2023 through February 28, 2026.

**REQUEST NO. 9:** Produce all tax returns prepared and/or filed for Mechanical Masters for the 2022, 2023, 2024, and 2025 tax years.

**REQUEST NO. 10:** Produce check ledgers and bank account statements of Mechanical Masters from January 1, 2023 to February 28, 2026.

<u>**REQUESTS FOR ADMISSIONS**</u>

**REQUEST NO. 1**: Between January 1, 2023 and November 30, 2024, Mechanical Masters deducted monies representing working dues owed to the Plumbers & Steamfitters Local 118 Union from the gross pay of such Mechanical Masters employees that were members of said Union and had directed Mechanical Masters to make such deductions, and passed those deductions along to Plumbers & Steamfitters Local 118 Union on behalf of its Union member employees.

-6-

Dated this 25th day of March, 2026.

/s/ Alex J. Sterling
Alex J. Sterling (SBN: 1107931)
Christopher J. Ahrens (SBN: 1043237)
The Previant Law Firm, S.C.
310 West Wisconsin Avenue, Suite 100 MW
Milwaukee, WI 53203
414-271-4500 (Telephone)
414-271-6308 (Fax)
Email: ajs@previant.com

Attorneys for the Plaintiffs

-7-