

**THE PREVIANT**
LAW FIRM S.C.

June 12, 2026
Statement of Attorneys Fees
FPL118-92359
CO: Mechanical Masters, Inc.

| Date | Atty | Description | Hours | |
|---|---|---|---|---|
| 5/7/2025 | ALJS | Draft and file complaint, summons, civil cover sheet, and corporate disclosure statement. | 1.50 | hrs |
| 6/3/2025 | ALJS | Draft email to, and review response from, process server requesting status update; review and file affidavit of service. | 0.40 | hrs |
| 6/17/2025 | ALJS | Draft request for entry of default; draft affidavit in support of entry of default; draft entry of default. | 0.70 | hrs |
| 6/20/2025 | ALJS | Revise and file request for entry of default, affidavit in support of request, and proposed entry of default. | 0.40 | hrs |
| 7/30/2025 | ALJS | Draft email to, and review response from, opposing counsel regarding Case posture. | 0.20 | hrs |
| 9/5/2025 | ALJS | Review answer filed by the company. | 0.40 | hrs |
| 10/23/2025 | ALJS | Draft Rule 26(f) report; draft email to opposing counsel regarding Rule 26(f) Report; review response from opposing counsel; file Rule 26(f) report | 1.10 | hrs |
| 10/30/2025 | ALJS | Prepare for and attend scheduling conference. | 0.70 | hrs |
| 1/12/2026 | ALJS | Review and respond to email from opposing counsel regarding case posture. | 0.20 | hrs |
| 1/13/2026 | ALJS | Teleconference with opposing counsel regarding case posture. | 0.50 | hrs |
| 2/24/2026 | ALJS | Draft discovery requests. | 1.50 | hrs |
| 3/10/2026 | ALJS | Revise discovery requests; office conference with CJA; draft multiple emails to M. Merkes requesting CBA's, dues deduction cards, dues payment histories, and training fund payment history; teleconference with L. Polivka regarding the company's contribution history; draft email to C. Balistriere requesting contribution history and remittance reports. | 1.50 | hrs |
| 3/12/2026 | ALJS | Review and respond to email from C. Balistriere regarding status of record request. | 0.20 | hrs |
| 3/13/2026 | ALJS | Review and respond to email from C. Balistriere regarding company contribution history; review summary of company contribution history; office conference with CJA; review caselaw regarding acquiescence to contract. | 3.20 | hrs |


 Exhibit 5

| | | | | |
|---|---|---|---|---|
| 3/18/2026 | ALJS | Review and respond to email from C. Hughes regarding audit history of the company. | 0.20 | hrs |
| 3/25/2026 | ALJS | Draft email to opposing counsel regarding discovery requests. | 0.20 | hrs |
| 4/24/2026 | ALJS | Draft follow up email to opposing counsel regarding discovery requests | 0.20 | hrs |
| 5/1/2026 | ALJS | Research contract by conduct; draft memorandum of law in support of motion for summary judgment. | 7.40 | hrs |
| 5/4/2026 | ALJS | Draft multiple emails to, and review multiple responses from, opposing counsel regarding case posture and discovery responses; teleconference with opposing counsel regarding the same. | 0.80 | hrs |
| 5/5/2026 | ALJS | Draft and file stipulation extending time for parties to file dispositive motions; draft email to opposing counsel regarding stipulation; review Defendant's answers to discovery requests. | 1.70 | hrs |
| 5/12/2026 | ALJS | Office conference with CJA; review revised audit billing; draft multiple emails to, and review multiple responses from, C. Hughes regarding audit revisions; draft email to opposing counsel regarding delinquencies owed. | 0.80 | hrs |
| 5/21/2026 | ALJS | Draft proposed findings of fact. | 8.80 | hrs |
| 5/22/2026 | ALJS | Draft affidavit of J. Birong; draft affidavit of C. Balistriere; draft affidavit of AJS. | 1.90 | hrs |
| 5/27/2026 | ALJS | Draft email to opposing counsel regarding resolution of remaining Delinquencies; Draft affidavit of R. Rosenmerkel. | 1.50 | hrs |
| 6/2/2026 | ALJS | Review and revise affidavit of J. Birong; teleconference with J. Birong Regarding affidavit, draft multiple emails to J. Birong and M. Merkes Regarding affidavit; review and revise affidavit of C. Balistriere; draft email to C. Balistriere regarding the same; draft email to R. Rosenmerkel regarding Affidavit. | 1.50 | hrs |
| 6/5/2026 | ALJS | Continue drafting memorandum of law and proposed findings of fact. | 5.50 | hrs |
| 6/10/2026 | ALJS | Review and revise memorandum of law and proposed findings of fact; revise Affidavit of AJS. | 2.50 | hrs |

|  | |
|---|---|
| Total Hours | 45.50 |
| Total Attorney Fees | $7,507.50 |