

June 12, 2026
Statement of Attorneys Costs
FPL118-92359
CO: Mechanical Masters, Inc.

| | | |
|---|---|---:|
| 5/30/2025 | American Express; (F) Filing Fee AJS Pay.Gov WI Eastern District Filing Fees - Summons and Complaint E-Filing Approval# 198793 Dated 05/21/2025 | $405.00 |
| 6/4/2025 | Professional Process Servers, Inc.; (F) Service of Process AJS Service of Summons and Complaint to Jack Shenkenber on 05/29/2025 @ 1:58pm Invoice# 123104 | $75.00 |
| | Total | $480.00 |

Exhibit 6