**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL 118<br>PENSION FUND, et al. | ) | |
| *Plaintiffs,* | ) | Case No. 25-cv-0744 |
| v. | ) | MAGISTRATE JUDGE DRIES |
| MECHANICAL MASTERS, INC.,<br>a Wisconsin corporation, | ) | |
| *Defendants*. | ) | |

**NOTICE REGARDING DEFENDANT'S RESPONSE**
**TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Please accept this document as notice to the Court that Defendant Mechanical Masters, Inc. does not intend to file a response in opposition to Plaintiffs' Motion for Summary Judgment.

Dated: October 8, 2026

Respectfully submitted,

**MECHANICAL MASTERS, INC.**

By: /s/ Todd A. Miller

Todd A. Miller
ALLOCCO, MILLER & CAHILL, P.C.
*Attorneys for Defendant*
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
TEL (312) 675-4325
FAX (312) 675-4326

## CERTIFICATE OF SERVICE

I, Todd A. Miller, an attorney, hereby certify that on October 8, 2026, I electronically filed the foregoing Notice with the clerk of Court using the CM/ECF system, which will send notification of such to the following:

Alex Sterling
The Previant Law Firm
310 West Wisconsin Avenue, Suite 100 MW
Milwaukee, WI 53203
ajs@previant.com

/s/ Todd A. Miller

Todd A. Miller
ALLOCCO, MILLER & CAHILL, P.C.
*Attorneys for Defendant*
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
TEL (312) 675-4325
FAX (312) 675-4326