# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

Plumbers and Steamfitters Local 118 Pension Fund, et al.,
*Plaintiff*
v.
Mechanical Masters, Inc.
*Defendant*

Civil Action No. 25-CV-744

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ______________________ recover from the defendant *(name)* ______________________ the amount of ______________________ dollars ($ ________ ), which includes prejudgment interest at the rate of ________ %, plus post judgment interest at the rate of ________ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______________________ recover costs from the plaintiff *(name)* ______________________ .

☑ other: Defendant shall pay Plaintiffs an award of $124,976.10 in contributions, interest, and liquidated damages as follows: $104,427.77 in contributions, $15,514.25 in interest, and $5,034.08 in liquidated damages. Defendant shall also pay Plaintiffs $7,987.50 in attorneys' fees and costs.
.

This action was *(check one)*:

❐ tried by a jury with Judge ______________________ presiding, and the jury has rendered a verdict.

❐ tried by Judge ______________________ without a jury and the above decision was reached.

❐ decided by Judge Stephen C Dries on a motion for Summary Judgment
.

Date: ______________________

*CLERK OF COURT*

______________________
*Signature of Clerk or Deputy Clerk*

Print Save As... Reset